NINA F. LOCKER, State Bar No. 123838
STEVEN GUGGENHEIM, State Bar No. 201386
GREGORY WATTS, State Bar No. 197126
JONI OSTLER, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
JUNIPER NETWORKS, INC., MARCEL GANI,
WILLIAM R. HEARST III, SCOTT KRIENS,
STRATTON D. SCLAVOS, PRADEEP SINDHU
and WILLIAM R. STENSRUD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT L. GARBER, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUNIPER NETWORKS, INC., MARCEL GANI, WILLIAM R. HEARST III, SCOTT KRIENS, STRATTON D. SCLAVOS, PRADEEP SINDHU and WILLIAM R. STENSRUD,<br><br>　　　　　Defendants, | CASE NO.: C-06-4327 MJJ<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** AND ORDER<br><br>Date: N/A<br>Time: N/A<br>Before: The Honorable Martin J. Jenkins |

C:\NrPortbl\PALIB1\LB1\2928152_1.DOC

STIP EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C-06-04327 MJJ

1     WHEREAS, plaintiff Robert L. Garber filed his Corrected Class Action Complaint (the "Corrected Complaint") on July 28, 2006;

    WHEREAS, the Court will, in due course, appoint lead plaintiff(s) in this action pursuant to the lead plaintiff appointment provisions of the Securities Exchange Act, as amended by the Private Securities Litigation Reform Act; and

    WHEREAS counsel for Plaintiff and Defendants in this action have agreed in principle that Defendants need not respond to the Corrected Complaint prior to the appointment of lead plaintiff(s) in this action.

    NOW, THEREFORE, pursuant to Local Rule 6-1, it is hereby stipulated and agreed by and between the undersigned counsel for Plaintiff and counsel for Defendants as follows:

    1.    Defendants need not respond to the Corrected Complaint by August 17, 2006.

    2.    After the Court has ruled on any forthcoming motions to appoint lead plaintiff(s), the parties in this action shall forthwith attempt to stipulate to and present to the Court for its approval a schedule by which Defendants shall respond to the Corrected Complaint or any amended complaint superseding the Corrected Complaint, as applicable.

Dated: August 9, 2006     ALEXANDER, HAWES & AUDET LLP

By    /s/ Jason Baker
    Jason Baker

William M. Audet
221 Main Street, Suite 1460
San Francisco, CA 94105

Jason Baker
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

*Attorneys for Plaintiff Robert L. Garber*

| | | |
|---|---|---|
| 1 | Dated: August 9, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By     /s/ Joni Ostler<br>        Joni Ostler |
| 5 | | 2795 East Cottonwood Parkway, Suite 300<br>Salt Lake City, UT 84121-6928 |
| 6 | | Telephone: (801) 993-6400<br>Facsimile: (801) 993-6499 |
| 7 | | *Attorneys for Defendants* |

8/11/2006

**IT IS SO ORDERED**

Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SIGNATURE ATTESTATION

I, Joni Ostler, attest that I have on file an email dated August 9, 2006 from Jason Baker permitting me to sign his name on his behalf, whose holographic signature ("/s/") appears on the Stipulation Extending Defendants' Time to Respond to Complaint, filed with the Court on August 10, 2006. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of August, 2006 at Salt Lake City, Utah.

By:   /s/ Joni Ostler
         Joni Ostler