**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN JOSE DIVISION

10  Robert L. Garber, on behalf of himself and       NO. C 06-04327 JW
    all other similarly situated,
11                                                    Related Case No. C 06-05303 JW

                Plaintiff,
12     v.                                             **ORDER VACATING HEARING ON
                                                      MOTIONS FOR CONSOLIDATION AND
13  Juniper Networks, Inc., et al.,                   APPOINTMENT OF LEAD PLAINTIFF
                                                      AND LEAD COUNSEL**
14              Defendants.
                                              /
15

16        The Court finds it appropriate to take the motions for consolidation and appointment of lead

17  plaintiff and lead counsel under submission without oral arguments. See Civ. L.R. 7-1(b).

18  Accordingly, the hearing presently scheduled for November 13, 2006 is VACATED.

19

20  Dated:  November 9, 2006
                                              JAMES WARE
21                                            United States District Judge

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Alfred Glenn Yates yateslaw@aol.com
Jason T. Baker jbaker@alexanderlaw.com

3 | Joni L. Ostler jostler@wsgr.com
Joseph M. Barton jmb@gbcslaw.com

4 | Mark C. Molumphy mmolumphy@cpsmlaw.com
Michael M. Goldberg info@glancylaw.com

5 | Patrice L. Bishop service@ssbla.com
Peter Arthur Binkow info@glancylaw.com

6 | Richard Bemporad rbemporad@ldbs.com
Willem F. Jonckheer wjonckheer@schubert-reed.com

7 | William M. Audet waudet@alexanderlaw.com

8 |

9 |

10 | **Dated:  November 9, 2006**                                **Richard W. Wieking, Clerk**

11 |                                                                                 **By:   /s/ JW Chambers**
                                                                                          **Elizabeth Garcia**

12 |                                                                                          **Courtroom Deputy**

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |