UNITED STATES DISTRICT COURT

Northern District of California

ROBERT L. GARBER, on behalf of himself and all others similarly situated

                Plaintiff(s),

   v.

JUNIPER NETWORKS, INC., et al.

                Defendant(s).

CASE NO. 3:06-cv-04327-MJJ

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

David C. Harrison, an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

Lowey Dannenberg Bemporad & Selinger, P.C.
1 North Lexington Avenue
White Plains, NY 10601  Telephone: (914) 997-0500,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing New York City Pension Funds.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/13/2006

_____
United States District Judge