1 | NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
2 | STEVEN GUGGENHEIM, State Bar No. 201386
Email: sguggenheim@wsgr.com
3 | JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
4 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
5 | 650 Page Mill Road
Palo Alto, CA 94304-1050
6 | Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Juniper Networks, Inc.,
Scott Kriens, Pradeep Sindhu, Marcel Gani,
Robert M. Calderoni, Kenneth Goldman, William
R. Hearst III, Stratton Sclavos, Vinod Khosla,
Kenneth Levy and William R. Stensrud

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION | ) ) ) | No. C06-04327-JW |
|---|---|---|
| This Document Relates To: | ) ) ) | STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT AND BRIEFING SCHEDULE |
| ALL ACTIONS. | ) ) | |

This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds, defendants Juniper Networks, Inc. ("Juniper"), Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud, and defendant Ernst & Young, by and through their respective attorneys of record.

WHEREAS, pursuant to the Court's order dated November 20, 2006, Lead Plaintiff filed a Consolidated Class Action Complaint on January 12, 2007, and Defendants have until March 12, 2007 within which to respond;

WHEREAS, on December 20, 2006, Juniper announced that it will restate its historical financial statements to record additional non cash charges for stock-based compensation, and intends to file restated financial statements during the first quarter of 2007 (*i.e.,* before March 31, 2007);

WHEREFORE, the parties hereby stipulate, and request the court to order, as follows:

1. Lead Plaintiff shall (a) file and serve an Amended Consolidated Class Action Complaint (the "Amended Complaint") within thirty (30) days after Juniper files its restated financial statements with the Securities Exchange Commission or, (b) in the alternative, notify Defendants by email if it decides not to file an Amended Complaint; and

2. Defendants shall file and serve their response(s) to the operative complaint within 45 days after (a) service of the Amended Complaint, or (b) receipt of email notification that Lead Plaintiff will not file an Amended Complaint.

/ / /

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
FILING OF CONSOLIDATED COMPLAINT – Case No. C06-04327 
- 1 -

3. Lead Plaintiff will file and serve its opposition to defendants' motion(s) to dismiss 45 days after filing and service of the motion to dismiss; and

4. Defendants will file and serve their reply brief(s) 21 days after filing and service of the opposition.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED:  February 15, 2007 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>NINA F. LOCKER<br>STEVEN GUGGENHEIM<br>JONI OSTLER |
| | /s/ Joni Ostler<br>JONI OSTLER |
| | 650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  650/493-9300<br>650/493-6811 (fax) |
| | Attorneys for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud |

I, Joni Ostler, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of Amended Complaint and Briefing Schedule.  In compliance with General Order 45, X.B., I hereby attest that David C. Harrison has concurred in this filing.

| | |
|---|---|
| DATED  February 15, 2007 | NEIL L. SELINGER<br>RICHARD BEMPORAD<br>DAVID C. HARRISON<br>LOWEY DANNENBERG BEMPORAD<br>SELINGER & COHEN, P.C. |
| | /s/ David C. Harrison<br>DAVID C. HARRISON<br>One North Broadway, 5th Floor<br>White Plains, NY  10601-2310<br>914-733-7228 (telephone)<br>914-997-0035 (facsimile) |
| | *Lead Counsel for Plaintiffs* |

```
                                    WILLEM F. JONCKHEER
                                    SCHUBERT & REED LLP
                                    Two Embarcadero Center, Suite 1050
                                    San Francisco, CA  94111
                                    Telephone:  415-788-4220
```

*Local Counsel for Plaintiffs*

I, Joni Ostler, am the ECF user whose ID and password are being used to file this *Stipulation and [Proposed] Order Regarding Filing of Amended Complaint and Briefing Schedule*. In compliance with General Order 45, X.B., I hereby attest that David M. Friedman has concurred in this filing.

DATED  February 15, 2007                    PETER A. WALD
                                            PATRICK E. GIBBS
                                            DAVID M. FRIEDMAN
                                            VIVANN H. CHUI
                                            LATHAM & WATKINS LLP


                                                 /s/ David M. Friedman
                                            _____
                                                 DAVID M. FRIEDMAN

                                            505 Montgomery Street, Suite 2000
                                            San Francisco, CA  94111
                                            Telephone: 415-391-0600

                                            *Counsel for Defendants Ernst & Young*

                          *     *     *

                              **O R D E R**

     PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  ____2/16/2007_____      _____
                                            THE HONORABLE JAMES WARE
                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
FILING OF CONSOLIDATED COMPLAINT – Case No. C06-04327                     - 3 -