RICHARD BEMPORAD
NEIL L. SELINGER
DAVID C. HARRISON
JEANNE D'ESPOSITO
STACEY E. BLAUSTEIN
LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
One North Broadway
White Plains, New York  10601-2310
Telephone: 914-997-0500

*Lead Counsel for the New York City Pension Funds*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: 415-788-4220

*Local Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION

No. C06-04327-JW

**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR RESPONSES TO AMENDED COMPLAINT**

<u>**JURY TRIAL DEMANDED**</u>

WHEREAS, pursuant to stipulated order dated February 16, 2007 ("Order"), lead plaintiff New York City Pension Funds ("Lead Plaintiff") filed the Amended Consolidated Class Action Complaint ("Amended Complaint") on April 9, 2007;

WHEREAS, pursuant to the Order, (1) all defendants are required to respond to the Amended Complaint by May 24, 2007, (2) Lead Plaintiff is required to file and serve opposition briefs to any motions to dismiss by July 9, 2007, and (3) all defendants are required to file and serve reply briefs by July 30, 2007;

Page 1

WHEREAS, the parties have met and conferred regarding a short extension of the foregoing dates, and have agreed to a revised briefing schedule, subject to approval of the Court;

WHEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

1. Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William Stensrud shall respond to the Amended Complaint by June 7, 2007.

2. Defendant Ernst & Young, LLP shall respond to the Amended Complaint by June 11, 2007.

3. Lead Plaintiff shall file and serve its opposition briefs to any motions to dismiss by July 23, 2007.

4. All defendants shall file and serve reply briefs by August 13, 2007.

IT IS SO STIPULATED.

DATED  May 23, 2007

WILLEM F. JONCKHEER
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:  415-788-4220


                    /s/
            WILLEM F. JONCKHEER

*Local Counsel for Plaintiff*

NEIL L. SELINGER
RICHARD BEMPORAD
DAVID C. HARRISON
STACEY E. BLAUSTEIN
LOWEY DANNENBERG BEMPORAD
SELINGER & COHEN, P.C.
One North Lexington Avenue
White Plains, New York  10601-1714
Telephone: 914-997-0500

*Lead Counsel for Plaintiff*

| | |
|---|---|
| DATED  May 23, 2007 | PETER A. WALD<br>PATRICK E. GIBBS<br>DAVID M. FRIEDMAN<br>LATHAM & WATKINS |

/s/<br>DAVID M. FRIEDMAN

505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: 415-391-0600

*Counsel for Defendant Ernst & Young, LLP*

| | |
|---|---|
| DATED:  May 23, 2007 | NINA F. LOCKER<br>STEVEN GUGGENHEIM<br>JONI OSTLER<br>WILSON SONSINI GOODRICH<br>& ROSATI, P.C. |

/s/<br>JONI OSTLER

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650-493-9300

*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William Stensrud*

*   *   *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 25 2007

*[signature: James Ware]*
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220