NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
STEVEN GUGGENHEIM, State Bar No. 201386
Email: sguggenheim@wsgr.com
JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Juniper Networks, Inc.,
Scott Kriens, Pradeep Sindhu, Marcel Gani,
Robert M. Calderoni, Kenneth Goldman, William
R. Hearst III, Stratton Sclavos, Vinod Khosla,
Kenneth Levy and William R. Stensrud

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. C06-04327-JW<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF CONSOLIDATED BRIEFS REGARDING MOTIONS TO DISMISS |

1  This Stipulation is entered into by and among Lead Plaintiff the New York City Pension
2  Funds, and defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert
3  M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth
4  Levy and William R. Stensrud (the "Juniper Defendants"), by and through their respective attorneys
5  of record.

6  WHEREAS, Defendants Scott Kriens, Pradeep Sindhu and Marcel Gani (the "Officer
7  Defendants") intend to file a motion to dismiss the claims against them, and all of the Juniper
8  Defendants collectively also intend to file a separate motion to dismiss;

9  WHEREAS, it would likely be more convenient for the Court and for opposing counsel if the
10 Officer Defendants and the Juniper Defendants combine their motions to dismiss into a single
11 motion to dismiss with a slightly longer page limit than that provided by the Local Rule 7-4(b); and

12 WHEREAS, the parties intend to meet and confer in good faith in the event that (a) Lead
13 Plaintiff determines to file a single consolidated opposition to the Juniper Defendants' combined
14 motion with a slightly longer page limit, and/or (b) the Juniper Defendants determine to file a single
15 consolidated reply with a slightly longer page limit;

16 NOW, THEREFORE, the parties hereby stipulate, and request the court to order, as follows:

17  1.  All the Juniper Defendants shall file and serve a single consolidated motion to
18 dismiss not to exceed thirty-five (35) pages.

19 IT IS SO STIPULATED.

20 DATED: June 6, 2007                    WILSON SONSINI GOODRICH & ROSATI, P.C.
                                          NINA F. LOCKER
21                                        STEVEN GUGGENHEIM
                                          JONI OSTLER
22
                                                    /s/ Joni Ostler
23                                        _____
                                                    Joni Ostler
24                                        650 Page Mill Road
                                          Palo Alto, CA  94304-1050
25                                        Telephone:  650/493-9300
                                          650/493-6811 (fax)
26
                                          Attorneys for Defendants Juniper Networks, Inc.,
27                                        Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert
                                          M. Calderoni, Kenneth Goldman, William R. Hearst
28                                        III, Stratton Sclavos, Vinod Khosla, Kenneth Levy
                                          and William R. Stensrud

    I, Joni Ostler, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of Amended Complaint and Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that David C. Harrison has concurred in this filing.

DATED  June 6, 2007

NEIL L. SELINGER
RICHARD BEMPORAD
DAVID C. HARRISON
LOWEY DANNENBERG BEMPORAD
SELINGER & COHEN, P.C.

/s/ David C. Harrison
DAVID C. HARRISON

One North Broadway, 5th Floor
White Plains, NY 10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Lead Counsel for Lead Plaintiff*

WILLEM F. JONCKHEER
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, CA 94111
Telephone: 415-788-4220

*Local Counsel for Lead Plaintiff*

\*   \*   \*

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 8 2007

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE