NEIL L. SELINGER
RICHARD BEMPORAD
DAVID C. HARRISON
JEANNE D'ESPOSITO
STACEY E. BLAUSTEIN
LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.
One North Lexington Avenue
White Plains, New York  10601-1714
Telephone:    914-997-0500

*Lead Counsel for the New York City Pension Funds and the Putative Class*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone:    415-788-4220

*Local Counsel*

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFYING BRIEFING SCHEDULE AND PAGE LIMIT WITH RESPECT TO RESPONSES TO JUNIPER DEFENDANTS' CONSOLIDATED MOTION TO DISMISS** <br><br> Date:          September 10, 2007 <br> Time:          9:00 a.m. <br> Courtroom:   8 <br> Before:         Hon. James Ware |

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF CONSOLIDATED OPPOSITION TO THE JUNIPER DEFENDANTS' CONSOLIDATED MOTIONS TO DISMISS

1964 / STIP / 00083363.WPD v1

1 | This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds, and defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud (the "Juniper Defendants"), by and through their respective attorneys of record.

WHEREAS, pursuant to Stipulated Order dated May 25, 2007, the Court set a briefing schedule regarding the Juniper Defendants' motion to dismiss the Amended Consolidated Class Action Complaint (the Complaint), pursuant to which Lead Plaintiff's opposition is due by July 23, 2007, and the Juniper Defendants' reply brief is due by August 13, 2007; and

WHEREAS, pursuant to Stipulated Order dated June 8, 2007, the Juniper Defendants filed and served a single consolidated motion to dismiss with a slightly longer page limit than that provided by Local Rule 7-4(b); and

WHEREAS, the parties have met and conferred regarding Lead Plaintiff's request for a short extension of the foregoing dates, and to file a consolidated opposition to the Juniper Defendants' combined motion to dismiss with a slightly longer page limit;

NOW, THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

1. Lead Plaintiff shall file and serve a consolidated opposition to the consolidated motion to dismiss not to exceed forty-two (42) pages by July 30, 2007.

2. The Juniper Defendants shall file a consolidated reply brief by August 20, 2007.

IT IS SO STIPULATED.

DATED: July 19, 2007

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF CONSOLIDATED OPPOSITION TO THE JUNIPER DEFENDANTS' CONSOLIDATED MOTIONS TO DISMISS

1964 / STIP / 00083363.WPD v1                                                                                         -1-

|   |   |
|---|---|
| 1 | NEIL L. SELINGER |
| 2 | RICHARD BEMPORAD |
|   | DAVID C. HARRISON |
|   | LOWEY DANNENBERG BEMPORAD |
| 3 | SELINGER & COHEN, P.C. |
|   | One North Broadway, 5th Floor |

NEIL L. SELINGER
RICHARD BEMPORAD
DAVID C. HARRISON
LOWEY DANNENBERG BEMPORAD
SELINGER & COHEN, P.C.
One North Broadway, 5th Floor
White Plains, NY 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0500

*Lead Counsel for Lead Plaintiff*

SCHUBERT & REED LLP


             /s/
WILLEM F. JONCKHEER

Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220

*Local Counsel for Lead Plaintiff*

*I, Willem F. Jonckheer, as the EFC user whose ID and password are being used to file this Stipulation and [Proposed] Order, in compliance with General Order 54, X.B., hereby attest that Joni Ostler has concurred in this filing.*

WILSON SONSINI GOODRICH & ROSATI, P.C.

             /s/ Joni Ostler
JONI OSTLER

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650–493-9300
Facsimile: 650-493-6811

*Attorneys for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud*

\*      \*      \*

---

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF CONSOLIDATED OPPOSITION TO THE JUNIPER DEFENDANTS' CONSOLIDATED MOTIONS TO DISMISS

1964 / STIP / 00083363.WPD v1                                                                                               -2-

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 20, 2007

*[signature: James Ware]*

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF CONSOLIDATED OPPOSITION TO THE JUNIPER DEFENDANTS' CONSOLIDATED MOTIONS TO DISMISS

1964 / STIP / 00083363.WPD v1                                                                                                          -3-