NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
STEVEN GUGGENHEIM, State Bar No. 201386
Email: sguggenheim@wsgr.com
JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Juniper Networks, Inc.,
Scott Kriens, Pradeep Sindhu, Marcel Gani,
Robert M. Calderoni, Kenneth Goldman, William
R. Hearst III, Stratton Sclavos, Vinod Khosla,
Kenneth Levy and William R. Stensrud

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS |

STIPULATION AND [PROPOSED] ORDER RE
TIME TO FILE REPLY – Case No. C06-04327

1    This Stipulation is entered into by and among Lead Plaintiff the New York City Pension
2 Funds, and defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert
3 M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth
4 Levy and William R. Stensrud (the "Juniper Defendants"), by and through their respective attorneys
5 of record.

6    WHEREAS, the Juniper Defendants' reply brief in support of their pending motion to
7 dismiss ("Reply") is currently due August 20, 2007;

8    WHEREAS, the Juniper Defendants have asked for, and Plaintiffs have agreed to give, a one-
9 week extension for the Juniper Defendants' to file their Reply, so that the Juniper Defendants' reply
10 papers will be due August 27, 2007;

11   WHEREAS, the parties wish to keep the same hearing date of September 10, 2007 because
12 the next available date is not until October; and

13   WHEREAS, the Juniper Defendants' counsel spoke with staff at the chambers of the
14 Honorable James Ware and was informed that the parties may keep their September 10, 2007
15 hearing date as long as the Juniper Defendants file their reply papers with chambers' copies no later
16 than August 27, 2007;

17   NOW, THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

18   1.    Juniper Defendants shall file and serve their reply papers in support of their motion to
19 dismiss no later than August 27, 2007; and

28 / / /

STIPULATION AND [PROPOSED] ORDER RE
TIME TO FILE REPLY – Case No. C06-04327                                                              - 1 -

1      2.      The hearing on this motion to dismiss shall remain set for September 10, 2007.

2      IT IS SO STIPULATED.

3  DATED:  August 13, 2007                    WILSON SONSINI GOODRICH & ROSATI, P.C.
                                              NINA F. LOCKER
4                                             STEVEN GUGGENHEIM
                                              JONI OSTLER
5

6
                                                       /s/ Joni Ostler
7                                                       Joni Ostler

8                                             650 Page Mill Road
                                              Palo Alto, CA  94304-1050
9                                             Telephone:  650/493-9300
                                              650/493-6811 (fax)
10
                                              Attorneys for Defendants Juniper Networks, Inc.,
11                                            Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert
                                              M. Calderoni, Kenneth Goldman, William R. Hearst
12                                            III, Stratton Sclavos, Vinod Khosla, Kenneth Levy
                                              and William R. Stensrud
13
        I, Joni Ostler, am the ECF user whose ID and password are being used to file this
14 Stipulation and [Proposed] Order Extending Time to File Reply Brief in Support of Motion to
   Dismiss.  In compliance with General Order 45, X.B., I hereby attest that David C. Harrison has
15 concurred in this filing.

16                                            NEIL L. SELINGER
   DATED  August 13, 2007                     RICHARD BEMPORAD
17                                            DAVID C. HARRISON
                                              LOWEY DANNENBERG BEMPORAD
18                                            SELINGER & COHEN, P.C.

19

20
                                                     /s/ David C. Harrison
21                                                  DAVID C. HARRISON
                                              One North Broadway, 5th Floor
22                                            White Plains, NY  10601-2310
                                              914-733-7228 (telephone)
23                                            914-997-0035 (facsimile)

24                                            *Lead Counsel for Lead Plaintiff*

25                                            WILLEM F. JONCKHEER
                                              SCHUBERT & REED LLP
26                                            Two Embarcadero Center, Suite 1050
                                              San Francisco, CA  94111
27                                            Telephone:  415-788-4220

28                                            *Local Counsel for Lead Plaintiff*

1
2  **O R D E R**
3  PURSUANT TO STIPULATION, IT IS SO ORDERED.  This is the parties' last request for continuance.
4
  DATED:     August 14 2007            _____
5                                      THE HONORABLE JAMES WARE
                                       UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE
TIME TO FILE REPLY – Case No. C06-04327                                - 3 -