NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
STEVEN GUGGENHEIM, State Bar No. 201386
Email: sguggenheim@wsgr.com
JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud

*IT IS SO ORDERED* — Judge James Ware (seal: United States District Court, Northern District of California)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING REPLY BRIEF LENGTH |
| ALL ACTIONS. | |

STIPULATION AND [PROPOSED] ORDER RE
REPLY BRIEF LENGTH – Case No. C06-04327

1  This Stipulation is entered into by and among Lead Plaintiff the New York City Pension
2 Funds, and defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert
3 M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth
4 Levy and William R. Stensrud (the "Juniper Defendants"), by and through their respective attorneys
5 of record.

6  WHEREAS, pursuant to Stipulated Order dated June 8, 2007, the Juniper Defendants filed
7 and served a single consolidated motion to dismiss with a slightly longer page limit than that
8 provided by Local Rule 7-4(b); and

9  WHEREAS, pursuant to Stipulated Order dated July 20, 2007, Lead Plaintiffs filed a
10 consolidated opposition of forty-two (42) pages; and

11  WHEREAS, the parties have conferred regarding the Juniper Defendants' request to file a
12 consolidated reply brief not to exceed to thirty (30) pages;

13  NOW, THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

14  1.  Juniper Defendants shall file a consolidated reply brief not to exceed thirty (30) pages
15 in length.

16  IT IS SO STIPULATED.

17 DATED: August 22, 2007         WILSON SONSINI GOODRICH & ROSATI, P.C.
                                  NINA F. LOCKER
18                                STEVEN GUGGENHEIM
                                  JONI OSTLER
19

20
                                          /s/ Joni Ostler
21                                         Joni Ostler

22                                650 Page Mill Road
                                  Palo Alto, CA  94304-1050
23                                Telephone:  650/493-9300
                                  650/493-6811 (fax)
24
                                  Attorneys for Defendants Juniper Networks, Inc.,
25                                Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert
                                  M. Calderoni, Kenneth Goldman, William R. Hearst
26                                III, Stratton Sclavos, Vinod Khosla, Kenneth Levy
                                  and William R. Stensrud
27

28

STIPULATION AND [PROPOSED] ORDER RE
REPLY BRIEF LENGTH – Case No. C06-04327                                              - 1 -

1      *I, Joni Ostler, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Re Reply Brief Length.  In compliance with General Order 45, X.B., I hereby attest that David C. Harrison has concurred in this filing.*

2

3

4  DATED  August 22, 2007    NEIL L. SELINGER
    RICHARD BEMPORAD
    DAVID C. HARRISON
5    LOWEY DANNENBERG BEMPORAD
    SELINGER & COHEN, P.C.
6

7

8         /s/ David C. Harrison
    DAVID C. HARRISON
9    One North Broadway, 5th Floor
    White Plains, NY  10601-2310
10    914-733-7228 (telephone)
    914-997-0035 (facsimile)
11
    *Lead Counsel for Lead Plaintiff*
12
    WILLEM F. JONCKHEER
13    SCHUBERT & REED LLP
    Two Embarcadero Center, Suite 1050
14    San Francisco, CA  94111
    Telephone:  415-788-4220
15
    *Local Counsel for Lead Plaintiff*
16

17
    \*     \*     \*
18
    **O R D E R**
19
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
20

21  DATED:  August 23, 2007    _____
    THE HONORABLE JAMES WARE
22    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
REPLY BRIEF LENGTH – Case No. C06-04327                                                  - 2 -