IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 06-04327 JW

In Re: Juniper Securities Litigation,   **ORDER RE: CHAMBERS' COPIES OF MOTION PAPERS**

/

Currently set before the Court for a hearing on September 10, 2007 is Defendants' Motion to Dismiss. Pursuant to General Order 45, the parties were to submit Chambers' copies of the motion papers to coincide with their electronic filings. To date, there are papers that have been filed but have not been lodged with the Court. Accordingly, the parties, both Defendants and Plaintiffs, shall deliver to the Court Chambers' copies of the motion papers, all of the related declarations and exhibits, and request for judicial notice by **3:30 PM today, August 28, 2007.** The papers shall be organized by their docket item number.

Dated: August 28, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alfred Glenn Yates yateslaw@aol.com
David C. Harrison dharrison@ldbs.com
David Michael Friedman david.friedman@lw.com
Jason T. Baker jbaker@alexanderlaw.com
Joni L. Ostler jostler@wsgr.com
Joseph M. Barton jmb@gbcslaw.com
Mark Cotten Molumphy@cpmlegal.com
Michael M. Goldberg info@glancylaw.com
Patrice L. Bishop service@ssbla.com
Patrick Edward Gibbs patrick.gibbs@lw.com
Peter Allen Wald peter.wald@lw.com
Peter Arthur Binkow info@glancylaw.com
Reed R. Kathrein reed@hbsslaw.com
Richard Bemporad rbemporad@lowey.com
Vivann H Chui viviann.chui@lw.com
Willem F. Jonckheer wjonckheer@schubert-reed.com
William M. Audet waudet@audetlaw.com

**Dated: August 28, 2007**                                    **Richard W. Wieking, Clerk**

                                                             **By:   /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California