NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
STEVEN GUGGENHEIM, State Bar No. 201386
Email: sguggenheim@wsgr.com
JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants Juniper Networks, Inc.,
Scott Kriens, Pradeep Sindhu, Marcel Gani,
Robert M. Calderoni, Kenneth Goldman, William
R. Hearst III, Stratton Sclavos, Vinod Khosla,
Kenneth Levy and William R. Stensrud

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW |
| This Document Relates To: | STIPULATION AND [~~PROPOSED~~] ORDER RE TIME TO RESPOND TO COMPLAINT |
| ALL ACTIONS. | |

STIPULATION AND [PROPOSED] ORDER RE
TIME TO RESPOND – Case No. C06-04327

1      This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds, and defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud (the "Juniper Defendants"), by and through their respective attorneys of record.

WHEREAS, on March 31, 2008, the Court issued an Order granting in part and denying in part the Juniper Defendants' motion to dismiss the Amended Consolidated Class Action Complaint ("Complaint");

WHEREAS, the Court's March 31, 2008 granted leave to file an amended complaint by May 1, 2008;

WHEREAS, Lead Plaintiff has decided not to file an amended complaint;

WHEREAS, the Juniper Defendants have asked for, and Plaintiffs have agreed to give, an extension of time until June 16, 2008 for the Juniper Defendants to file their answers to the Complaint;

NOW, THEREFORE, the parties hereby stipulate, and request that the Court order, that the Juniper Defendants shall file and serve their answers to the Complaint no later than June 16, 2008.

IT IS SO STIPULATED.

DATED: May 5, 2008                    WILSON SONSINI GOODRICH & ROSATI, P.C.
                                      NINA F. LOCKER
                                      STEVEN GUGGENHEIM
                                      JONI OSTLER


                                           /s/ Joni Ostler
                                            Joni Ostler

                                      650 Page Mill Road
                                      Palo Alto, CA  94304-1050
                                      Telephone:  650/493-9300
                                      650/493-6811 (fax)

                                      Attorneys for Defendants Juniper Networks, Inc.,
                                      Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert
                                      M. Calderoni, Kenneth Goldman, William R. Hearst
                                      III, Stratton Sclavos, Vinod Khosla, Kenneth Levy
                                      and William R. Stensrud

**ATTESTATION**

I, Joni Ostler, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Re Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that David C. Harrison has concurred in this filing.

DATED: May 5, 2008

BARBARA J. HART
DAVID C. HARRISON
LOWEY DANNENBERG COHEN & HART, P.C.


      /s/ David C. Harrison
DAVID C. HARRISON
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Lead Counsel for Lead Plaintiff*

WILLEM F. JONCKHEER
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, CA  94111
Telephone:  415-788-4220

*Local Counsel for Lead Plaintiff*

\*     \*     \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 7, 2008

*/s/ James Ware*
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE