NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
STEVEN GUGGENHEIM, State Bar No. 201386
Email: sguggenheim@wsgr.com
JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants Juniper Networks, Inc.,
Scott Kriens, Pradeep Sindhu, Marcel Gani,
Robert M. Calderoni, Kenneth Goldman, William
R. Hearst III, Stratton Sclavos, Vinod Khosla,
Kenneth Levy and William R. Stensrud

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | CMC DATE: June 2, 2008<br>TIME: 10:00 AM<br>BEFORE: Honorable James Ware |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC – CASE NO. C06-04327

1    This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds, and defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy, William R. Stensrud and Ernst & Young, by and through their respective attorneys of record.

WHEREAS, on March 31, 2008, the Court issued an Order setting a case management conference for June 2, 2008 at 10:00 AM;

WHEREAS, the parties are engaged in settlement discussions and plan to participate in mediation before Ret. Judge Politan in the next few months;

WHEREAS, the parties believe it would conserve the resources of the Court and the parties if the case management conference currently scheduled for June 2, 2008 were continued until August 14, 2008, to allow the parties to continue with their settlement discussions and the planned mediation;

NOW, THEREFORE, the parties hereby stipulate, and request that the Court order, that the case management conference currently scheduled for June 2, 2008 be continued until August 14, 2008 or such other day that is convenient for the Court.

IT IS SO STIPULATED.

DATED: May 20, 2008                    WILSON SONSINI GOODRICH & ROSATI, P.C.
                                       NINA F. LOCKER
                                       STEVEN GUGGENHEIM
                                       JONI OSTLER


                                             /s/ Steven Guggenheim
                                            Steven Guggenheim
                                       650 Page Mill Road
                                       Palo Alto, CA  94304-1050
                                       Telephone:  650/493-9300
                                       650/493-6811 (fax)

                                       *Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud*

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC – CASE NO. C06-04327                                                                                          - 1 -

DATED: May 20, 2008

BARBARA J. HART
DAVID C. HARRISON
LOWEY DANNENBERG COHEN & HART, P.C.

               /s/ David C. Harrison
DAVID C. HARRISON
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Lead Counsel for Lead Plaintiff*

WILLEM F. JONCKHEER
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, CA  94111
Telephone:  415-788-4220

*Local Counsel for Lead Plaintiff*

DATED  May 20, 2008

PETER A. WALD
PATRICK E. GIBBS
DAVID M. FRIEDMAN
VIVANN C. STAPP
LATHAM & WATKINS LLP

               /s/ David M. Friedman
DAVID M. FRIEDMAN
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: 415-391-0600

*Counsel for Defendant Ernst & Young*

\*     \*     \*

**O R D E R**

Pursuant to the parties' Stipulation and to accommodate the parties' settlement efforts, the Court continues the Case Management Conference presently scheduled for June 2, 2008 to **September 8, 2008 at 10 a.m.**  On or before **August 29, 2008**, the parties shall file a Joint Status Report to update the Court on the parties' settlement efforts.  Due to the age of this case, the parties are encouraged to take advantage of this extended continuance of the case management conference to engage in a good faith settlement efforts.

DATED:  __May 28, 2008_____

_____/s/ James Ware_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

1 **ATTESTATION**

2     I, Joni Ostler, am the ECF user whose identification and password are being used to file

3 the STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT

4 CONFERECE.  In compliance with General Order 45.X.B, I hereby attest that Steven

5 Guggenheim, David C. Harrison and David M. Friedman have all concurred in this filing.

6 Dated:  May 20, 2008                              By:     /s/ Joni Ostler
                                                                       Joni Ostler

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28