1 | NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
2 | STEVEN GUGGENHEIM, State Bar No. 201386
Email: sguggenheim@wsgr.com
3 | JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
4 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
5 | 650 Page Mill Road
Palo Alto, CA 94304-1050
6 | Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Juniper Networks, Inc.,
8 | Scott Kriens, Pradeep Sindhu, Marcel Gani,
Robert M. Calderoni, Kenneth Goldman, William
9 | R. Hearst III, Stratton Sclavos, Vinod Khosla,
Kenneth Levy and William R. Stensrud

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION | ) ) ) | No. C06-04327-JW |
|---|---|---|
| This Document Relates To: | ) ) ) ) | STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT |
| ALL ACTIONS. | ) ) | |

STIPULATION AND [PROPOSED] ORDER RE
EXTENSION OF TIME TO FILE ANSWER – Case No. C06-04327

1   This Stipulation is entered into by and among Lead Plaintiff the New York City Pension
2   Funds, and defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert
3   M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth
4   Levy and William R. Stensrud (the "Juniper Defendants"), by and through their respective attorneys
5   of record.

6   WHEREAS, pursuant to the Stipulation and Order entered May 9, 2008, the Juniper
7   Defendants' deadline to file their answer(s) to the Amended Consolidated Class Action
8   Complaint ("Complaint") is currently June 16, 2008;

9   WHEREAS, the Juniper Defendants have asked for, and Plaintiffs have agreed to give, a
10  one-week extension of time such that the Juniper Defendants shall file their answer(s) to the
11  Complaint on or before June 23, 2008;

12  NOW, THEREFORE, the parties hereby stipulate, and request that the Court order, that
13  the Juniper Defendants shall file and serve their answer(s) to the Complaint no later than June
14  23, 2008.

15  IT IS SO STIPULATED.

16  DATED: June 11, 2008            WILSON SONSINI GOODRICH & ROSATI, P.C.
                                    NINA F. LOCKER
17                                  STEVEN GUGGENHEIM
                                    JONI OSTLER
18

19
                                          /s/ Joni Ostler
20                                          Joni Ostler

21                                  650 Page Mill Road
                                    Palo Alto, CA  94304-1050
22                                  Telephone:  650/493-9300
                                    650/493-6811 (fax)
23
                                    Attorneys for Defendants Juniper Networks, Inc.,
24                                  Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert
                                    M. Calderoni, Kenneth Goldman, William R. Hearst
25                                  III, Stratton Sclavos, Vinod Khosla, Kenneth Levy
                                    and William R. Stensrud
26

27

28

STIPULATION AND [PROPOSED] ORDER RE
EXTENSION OF TIME TO FILE ANSWER – Case No. C06-04327                                    - 1 -

**ATTESTATION**

I, Joni Ostler, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Re Extension of Time to File Answer to Complaint. In compliance with General Order 45, X.B., I hereby attest that David C. Harrison has concurred in this filing.

DATED: June 11, 2008

BARBARA J. HART
DAVID C. HARRISON
LOWEY DANNENBERG COHEN & HART, P.C.


/s/ David C. Harrison
DAVID C. HARRISON
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Lead Counsel for Lead Plaintiff*

WILLEM F. JONCKHEER
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, CA  94111
Telephone:  415-788-4220

*Local Counsel for Lead Plaintiff*

\*     \*     \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  June 13, 2008

/s/ James Ware
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE
EXTENSION OF TIME TO FILE ANSWER – Case No. C06-04327

- 2 -