1  NINA F. LOCKER, State Bar No. 123838
   Email: nlocker@wsgr.com
2  STEVEN GUGGENHEIM, State Bar No. 201386
   Email: sguggenheim@wsgr.com
3  JONI OSTLER, State Bar No. 230009
   Email: jostler@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Defendants Juniper Networks, Inc.,
8  Scott Kriens, Pradeep Sindhu, Marcel Gani,
   Robert M. Calderoni, Kenneth Goldman,
9  William R. Hearst III, Stratton Sclavos,
   Vinod Khosla, Kenneth Levy and
10 William R. Stensrud

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION | CASE NO.: C06-04327-JW |
| _____ This Document Relates To: All Actions _____ | STIPULATION AND [PROPOSED] ORDER FOR SHORTENED TIME FOR HEARING JUNIPER DEFENDANTS' MOTION TO CONSOLIDATE RELATED CASES |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, THE TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, THE NEW YORK CITY FIRE DEPARTMENT PENSION FUND, THE NEW YORK CITY POLICE PENSION FUND, THE NEW YORK CITY POLICE SUPERIOR OFFICERS' VARIABLE SUPPLEMENTS FUND, THE NEW YORK CITY POLICE OFFICERS' VARIABLE SUPPLEMENTS FUND, THE NEW YORK CITY FIREFIGHTERS' VARIABLE | CASE NO.:  CV-08-0246-JW |

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING ON MOTION TO CONSOLIDATE
RELATED CASES
CASE NO. C06-04327-JW AND
CASE NO. CV-08-0246-JW

| | |
|---|---|
| SUPPLEMENTS FUND, AND THE NEW YORK CITY FIRE OFFICERS' VARIABLE SUPPLEMENTS FUND, AND THE NEW YORK CITY TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK VARIABLE ANNUITY PROGRAM, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LISA C. BERRY, | ) ) |
| Defendant. | ) ) ) ) ) ) |

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING ON MOTION TO CONSOLIDATE
RELATED CASES
CASE NO. C06-04327-JW AND
CASE NO. CV-08-0246-JW

1   WHEREAS, defendant Juniper Networks, Inc. and individual defendants Scott
2   Kriens, Pradeep Sindhu, Marcel Gani, Robert Calderoni, Kenneth Goldman, William R.
3   Hearst, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud
4   (collectively, the "Juniper Defendants") filed a Motion to Consolidate Related Cases
5   ("Motion to Consolidate") on September 16, 2008;

6   WHEREAS, the above-captioned cases are currently scheduled for a case
7   management conference on October 6, 2008, at which the parties will need to address matters
8   including, but not limited to, discovery scheduling, initial disclosures, and scheduling for a
9   class certification motion, and a decision on the Motion to Consolidate has bearing on those
10  issues;

11  WHEREAS, the parties therefore agree that the Motion to Consolidate should also be
12  considered at the same as the case management conference on October 6, 2008, and the
13  parties have agreed to an expediting briefing schedule to accomplish this;

14  NOW THEREFORE, the parties hereby stipulate, and request that the Court order, as
15  follows:

16  1.   Plaintiff's opposition to the Motion to Consolidate shall be filed by
17  **September 22, 2008.**

18  2.   Any responses of Lisa Berry or Ernst & Young to the Motion to Consolidate,
19  whatever those responses may be, shall be filed by **September 24, 2008**;

20  3.   If Plaintiff chooses to file a response to Lisa Berry's or Ernst & Young's
21  responses, Plaintiff shall file such response by **September 26, 2008**;

22  4.   The Juniper Defendants shall file their reply in support of the Motion to
23  Consolidate by **September 26, 2008**; and

27  / / /

28  STIPULATION AND [PROPOSED] ORDER RE                -1-
BRIEFING ON MOTION TO CONSOLIDATE
RELATED CASES
CASE NO. C06-04327-JW AND
CASE NO. CV-08-0246-JW

1    5.    A hearing on the Motion to Consolidate shall be held
on **October 6, 2008 at 9 a.m.** follow by a Case Management Conference at 10 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED:  September 17, 2008 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>NINA F. LOCKER<br>STEVEN GUGGENHEIM<br>JONI OSTLER |

           /s/ Steven Guggenheim
           Steven Guggenheim
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud*

| | |
|---|---|
| DATED: September 17, 2008 | BARBARA J. HART<br>DAVID C. HARRISON<br>LOWEY DANNENBERG COHEN & HART, P.C. |

           /s/ David C. Harrison
           DAVID C. HARRISON
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Lead Counsel for Lead Plaintiff*

WILLEM F. JONCKHEER
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, CA  94111
Telephone:  415-788-4220

*Local Counsel for Lead Plaintiff*

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON MOTION TO CONSOLIDATE RELATED CASES
CASE NO. C06-04327-JW AND
CASE NO. CV-08-0246-JW

-2-

| | |
|---|---|
| DATED  September 17, 2008 | PETER A. WALD<br>PATRICK E. GIBBS<br>DAVID M. FRIEDMAN<br>VIVANN C. STAPP<br>LATHAM & WATKINS LLP<br><br>          /s/ David M. Friedman<br>DAVID M. FRIEDMAN<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone: 415-391-0600<br><br>*Counsel for Defendant Ernst & Young LLP* |
| DATED  September 17, 2008 | MELINDA HAAG<br>JAMES N. KRAMER<br>NANCY E. HARRIS<br>REBECCA F. LUBENS<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>          /s/ Nancy E. Harris<br>NANCY E. HARRIS<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone: 415-773-5700<br><br>*Counsel for Defendant Lisa C. Berry* |

\*     \*     \*

IT IS SO ORDERED AS MODIFIED.

Dated:  September 18, 2008

_____
The Honorable JAMES WARE

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON MOTION TO CONSOLIDATE RELATED CASES
CASE NO. C06-04327-JW AND
CASE NO. CV-08-0246-JW

-3-