1   Barbara Hart (Admitted *Pro Hac Vice*)
    David C. Harrison (Admitted *Pro Hac Vice*)
2   Jeanne D'Esposito
    LOWEY DANNENBERG COHEN
3     & HART, P.C.
    One North Broadway, 5th Floor
4   White Plains, New York  10601-1714
    Telephone:     914-997-0500
5
    *Lead Counsel for the New York City Pension
6   Funds*

7

8
    Willem F. Jonckheer, State Bar No. 178748
9   SCHUBERT JONCKHEER KOLBE &
    KRALOWEC LLP
10  Three Embarcadero Center, Suite 1650
    San Francisco, California  94111
11  Telephone:     415-788-4220

12  *Local Counsel*

Nina F. Locker, State Bar No. 123838
Steven Guggenheim, State Bar No. 201386
Joni Ostler, State Bar No. 230000
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
Telephone:

*Counsel for ... , Inc.,
Scott Kriens, ... an
Robert M. Co...
William R. H... on Sclavos, Vinod
Khosla, Kenneth Levy, and William R. Stensrud*

Peter A. Wald, State Bar No. 85705
Patrick E. Gibbs, State Bar No. 183174
David M. Friedman, State Bar No. 209214
Viviann C. Stapp, State Bar No. 233036
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone:     415-391-0600

13  *Counsel for Defendant Ernst & Young*

14

15              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16              SAN JOSE DIVISION

17

18

19  In re JUNIPER NETWORKS, INC. SECURITIES       No. C06-04327-JW
    LITIGATION
20                                                 **STIPULATED DISCOVERY PLAN**

21                                                 DATE:
    This Document Relates to:                     TIME:
22                                                 BEFORE:     Hon. James Ware

    All Actions
23

24

25

26

27

28

1    Pursuant to the Order of Magistrate Patricia Trumbull dated October 22, 2008 and Local

2  Rule 16-10, the undersigned hereby submit this Stipulated Discovery Plan for the Court's

3  approval.

4

| ACTION | DUE DATE |
|---|---|
| Initial disclosures under Fed. R. Civ. P. 26 | November 17, 2008 |
| Last day to join additional parties | January 30, 2009 |
| Fact discovery cut-off | December 1, 2009, subject to review |
| Exchange of expert reports | February 1, 2010 |
| Exchange of rebuttal expert reports | 60 days after exchange of expert reports |
| Expert deposition deadline | 60 days after exchange of rebuttal reports |
| Dispositive motion cut-off | No later than 45 days after close of expert discovery |

18

19  **1.      Depositions of Fact Witnesses**

20    Plaintiff the New York City Funds will be allowed to notice 30 depositions of fact

21  witnesses; the Juniper Defendants will be allowed to notice 20 depositions of fact witnesses;

22  and Ernst & Young LLP ("EY") will be allowed to notice 10 depositions of fact witnesses.

23  Any party's exercise of the right to cross-examine a witness noticed by another party will not

24  count toward its deposition limit.  The foregoing limits on fact witness depositions are

25  exclusive of expert witness depositions.

26    Each party reserves the right to seek leave of the Court to take additional fact

27  depositions of fact witnesses.

28

1  **2.      Interrogatories**

2          Plaintiff may serve a total of 275 interrogatories on the Juniper Defendants and 25

3  interrogatories on EY.  The Juniper Defendants and EY may collectively serve up to 225

4  interrogatories on Plaintiff.

5          Each party reserves the right to seek leave of Court to propound additional

6  interrogatories.

7

8          IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

9

10  DATED: November 3, 2008          BARBARA J. HART
                                     DAVID C. HARRISON
11                                   LOWEY DANNENBERG COHEN & HART, P.C.

12

                                            _____/s/_____
13                                   Barbara J. Hart
                                     One North Broadway, 5th Floor
14                                   White Plains, NY  10601-2310
                                     914-733-7228 (telephone)
15                                   914-997-0035 (facsimile)

16
                                     *Lead Counsel for Lead Plaintiff*
17

18

19                                   WILLEM F. JONCKHEER
                                     SCHUBERT JONCKHEER KOLBE &
20                                   KRALOWEC LLP

21                                          _____/s/_____
                                     Willem F. Jonckheer
22                                   Three Embarcadero Center, Suite 1650
                                     San Francisco, CA  94111
23                                   Telephone:  415-788-4220

24                                   *Local Counsel for Lead Plaintiff*

25

26

27

28

1

2       NINA F. LOCKER
        STEVEN GUGGENHEIM
3       JONI OSTLER
        WILSON SONSINI GOODRICH & ROSATI
4       Professional Corporation

5       _____/s/_____
        650 Page Mill Road
6       Palo Alto, CA  94304-1050
        Telephone:     650-493-9300
7
        *Counsel for Defendants Juniper Networks, Inc.,*
8       *Scott Kriens, Pradeep Sindhu, Marcel Gani,*
        *Robert M. Calderoni, Kenneth Goldman, William*
9       *R. Hearst III, Stratton Sclavos, Vinod Khosla,*
        *Kenneth Levy, and William R. Stensrud*

10

11      PETER A. WALD
        PATRICK E. GIBBS
12      DAVID M. FRIEDMAN
        VIVIANN C. STAPP
13      LATHAM & WATKINS LLP

14      _____/s/_____
        505 Montgomery Street, Suite 2000
15      San Francisco, CA  94111
        Telephone:     415-391-0600
16
        *Counsel for Defendant Ernst & Young LLP*
17

18      JONATHAN A. SHAPIRO
        WILMER CUTLER PICKERING HALE
19        AND DORR LLP

20      _____/s/_____
        1117 California Avenue
21      Palo Alto, CA  94304
        Telephone:     650-858-6000
22
        *Co-Counsel for Defendant Juniper Networks, Inc.*
23

24

25                          **ATTESTATION**

26          I, Willem F. Jonckheer, am the ECF user whose identification and password are being

27      used to file STIPULATED DISCOVERY PLAN.  In compliance with General Order 45.X.B, I

28      hereby attest that all parties have concurred in this filing.

1    Dated:  November 3, 2008                    By:        /s/ Willem F. Jonckheer
                                                            Willem F. Jonckheer
2

3

4

5
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
6

7
     DATED: _____November 17, 2008_____            _____
8                                                   Hon. James Ware
                                                    United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISCOVERY PLAN -- CASE NOS. C06-04327                    {1964 / STIP / 00092225.DOC v1}4