IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Juniper Networks, Inc. Securities Litigation. | NO. C 06-04327 JW<br><br>**ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF TO SET DEADLINE FOR LEAD PLAINTIFFS TO MOVE FOR CLASS CERTIFICATION; SETTING CASE MANAGEMENT CONFERENCE** |

Presently before the Court is Defendants' Motion for Administrative Relief to Set Deadline for Lead Plaintiffs to Move for Class Certification. (See Docket Item No. 176.) Defendants request that the Court set a deadline for Lead Plaintiffs to file a motion for class certification. Plaintiff New York City Pension Fund has timely filed an opposition. (See Docket Item No. 178.)

The Court DENIES Defendants' Motion for Administrative Relief at this time. Instead, the Court sets a Further Case Management Conference on **February 2, 2009 at 10:00 a.m** to discuss the issues raised in the parties' briefs. On or before **January 23, 2009** the parties shall file a Joint Case Management Statement. The Statement shall update the Court on the parties' discovery as well as settlement efforts.

Dated: November 25, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alfred Glenn Yates yateslaw@aol.com
Barbara J. Hart bhart@lowey.com
David C. Harrison dharrison@ldbs.com
David Michael Friedman david.friedman@lw.com
James Neil Kramer jkramer@orrick.com
Jason T. Baker jbaker@alexanderlaw.com
Jonathan Acker Shapiro jonathan.shapiro@wilmerhale.com
Joni L. Ostler jostler@wsgr.com
Joseph M. Barton jmb@gbcslaw.com
Mark Cotten Molumphy mmolumphy@cpmlegal.com
Melinda Haag mhaag@orrick.com
Michael M. Goldberg info@glancylaw.com
Mozhgan Saniefar msaniefar@orrick.com
Patrice L. Bishop service@ssbla.com
Patrick Edward Gibbs patrick.gibbs@lw.com
Peter Allen Wald peter.wald@lw.com
Peter Arthur Binkow info@glancylaw.com
Rebecca Felice Lubens rlubens@orrick.com
Reed R. Kathrein reed@hbsslaw.com
Richard Bemporad rbemporad@lowey.com
Richard W. Cohen rcohen@lowey.com
Robert C. Schubert rschubert@schubertlawfirm.com
Steven Guggenheim sguggenheim@wsgr.com
Viviann C Stapp viviann.stapp@lw.com
Willem F. Jonckheer wjonckheer@schubert-reed.com
William M. Audet waudet@audetlaw.com

Dated: November 25, 2008

Richard W. Wieking, Clerk

By: /s/ JW Chambers
Elizabeth Garcia
Courtroom Deputy