1    Barbara Hart (Admitted *Pro Hac Vice*)    Nina F. Locker, State Bar No. 123838
     David C. Harrison (Admitted *Pro Hac Vice*)    Steven Guggenheim, State Bar No. 201386

2    Jeanne D'Esposito      Joni Ostler, State Bar No. 230009
     LOWEY DANNENBERG COHEN      WILSON SONSINI GOODRICH & ROSATI
       & HART, P.C.      Professional Corporation

3    One North Broadway, 5th Floor      650 Page Mill Road
     White Plains, New York  10601-1714      Palo Alto, CA  94304-1050

4    Telephone:     914-997-0500      Telephone:     650-493-9300

5    *Lead Counsel for the New York City Pension*    *Counsel for Defendants Juniper Networks, Inc.,*
     *Funds*      *Scott Kriens, Pradeep Sindhu, Marcel Gani,*

6      *Robert M. Calderoni, Kenneth Goldman,*
     *William R. Hearst III, Stratton Sclavos, Vinod*

7      *Khosla, Kenneth Levy, and William R. Stensrud*

8    Willem F. Jonckheer, State Bar No. 178748    Peter A. Wald, State Bar No. 85705
     SCHUBERT JONCKHEER KOLBE &      Patrick E. Gibbs, State Bar No. 183174

9    KRALOWEC LLP      David M. Friedman, State Bar No. 209214
     Three Embarcadero Center, Suite 1650    Viviann C. Stapp, State Bar No. 233036

10    San Francisco, California  94111      LATHAM & WATKINS LLP
     Telephone:     415-788-4220      505 Montgomery Street, Suite 2000

11      San Francisco, CA  94111
     *Local Counsel*      Telephone:     415-391-0600

12

13      *Counsel for Defendant Ernst & Young*

14

15          UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA

16          SAN JOSE DIVISION

17

18    In re JUNIPER NETWORKS, INC. SECURITIES    No. C06-04327-JW    12/12/2008

19    LITIGATION

20      **STIPULATED CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

21    This Document Relates to:

22    All Actions      BEFORE:     Hon. James Ware

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED
*James Ware*
Judge James Ware

1    This Stipulation is entered into by and among Lead Plaintiff the New York City Pension

2 Funds, defendant Juniper Networks, Inc. ("Juniper"), Scott Kriens, Pradeep Sindhu, Marcel

3 Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod

4 Khosla, Kenneth Levy and William R. Stensrud (collectively "the Juniper Defendants") and

5 defendant Ernst & Young, by and through their respective attorneys of record.

6    **WHEREAS**, pursuant to the Court's order dated November 25, 2008, the Court

7 scheduled a case management conference for February 2, 2008 at 10:00 am;

8    **WHEREAS**, pursuant to the Court's order dated December 4, 2008 in the related action

9 *The New York City Employees' Retirement Systems, et al. v. Lisa Berry*, No. C08-0246-JW the

10 Court scheduled argument on Defendant Lisa Berry's motion to dismiss for February 9, 2008 at

11 9:00am;

12    **WHEREAS**, in the interest of judicial economy, convenience, and because Lead Counsel

13 will be traveling from New York to California for both hearings, Lead Plaintiff requests that the

14 case management conference scheduled for February 2, 2008 be continued until February 9,

15 2008 to coincide with the argument on Lisa Berry's motion to dismiss.

16    **WHEREAS** the Juniper Defendants and Ernst & Young do not object to Lead Plaintiff's

17 request;

18    **NOW, THEREFORE**, the parties hereby stipulate, and request the Court to order, as

19 follows:

20

21    1.    The case management conference originally scheduled for February 2, 2008 at

22 10:00 am is continued to February 9, 2008 at 9:00 am.

23

24

25

26

27

28

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3   DATED: December 11, 2008              BARBARA J. HART
                                          DAVID C. HARRISON
4                                         LOWEY DANNENBERG COHEN & HART, P.C.

5
                                                        /s/
6                                         _____
                                          Barbara J. Hart
                                          One North Broadway, 5th Floor
7                                         White Plains, NY  10601-2310
                                          914-733-7228 (telephone)
8                                         914-997-0035 (facsimile)

9                                         *Lead Counsel for Lead Plaintiff*

10

11

12                                        WILLEM F. JONCKHEER
                                          SCHUBERT JONCKHEER KOLBE &
                                          KRALOWEC LLP
13
                                                        /s/
14                                        _____
                                          Willem F. Jonckheer
15                                        Two Embarcadero Center, Suite 1050
                                          San Francisco, CA  94111
                                          Telephone:  415-788-4220
16
                                          *Local Counsel for Lead Plaintiff*
17

18

19

20

21

22

23

24

25

26

27

28

{1964 / STIP / 00092953.DOC v1}

1

2

3

NINA F. LOCKER
STEVEN GUGGENHEIM
JONI OSTLER
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

4

_____ /s/ _____

5

6

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:     650-493-9300

7

8

9

*Counsel for Defendants Juniper Networks, Inc.,
Scott Kriens, Pradeep Sindhu, Marcel Gani,
Robert M. Calderoni, Kenneth Goldman, William
R. Hearst III, Stratton Sclavos, Vinod Khosla,
Kenneth Levy, and William R. Stensrud*

10

11

12

13

PETER A. WALD
PATRICK E. GIBBS
DAVID M. FRIEDMAN
VIVIANN C. STAPP
LATHAM & WATKINS LLP

14

_____ /s/ _____

15

505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone:     415-391-0600

16

*Counsel for Defendant Ernst & Young*

17

18

19

**ATTESTATION**

20

21

    I, Willem F. Jonckheer, am the ECF user whose identification and password are being

22

used to file this Stipulated Continuance of Case Management Conference.  In compliance with

23

General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

24

25

_____ /s/ _____

26

Willem F. Jonckheer

27

28

1       PURSUANT TO STIPULATION, IT IS SO ORDERED.AS MODIFIED

2     The Case Mangmenet Confernece is continued to February 9, 2009 at **10:00 AM.**

3

4
    DATED: ___December 12, 2008___                    _____
5                                                     Hon. James Ware
                                                      United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED CONTINUANCE OF CASE MANAGEMENT CONFERENCE-- CASE NO. C06-04327                    4

{1964 / STIP / 00092953.DOC v1}