**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10   In re Juniper Networks, Inc. Securities          NO. C 06-04327 JW
     Litigation

11                                                    **ORDER VACATING CASE
                                                      MANAGEMENT CONFERENCE;**

12                                                    **SETTING BRIEFING SCHEDULE FOR
                                                      CLASS CERTIFICATION; DENYING**

13                                                    **MOTION FOR SUMMARY JUDGMENT
                                                      AS PREMATURE**

14                                              /

15          On February 9, 2009, the parties are scheduled to appear for a Case Management

16   Conference.  The parties timely filed a Joint Case Management Statement.  (Docket Item No. 187.)

17          In their Joint Statement, the parties represent that Plaintiffs are prepared to file a Motion for

18   Class Certification on or before March 2, 2009.  The parties request that the Court allow for an

19   extended briefing schedule, so that the parties may conduct discovery before filing opposition and

20   reply briefs to Plaintiffs' anticipated motion.  In the interest of advancing this litigation, however,

21   the Court is not inclined to permit the type of open-ended schedule proposed by the parties.

22   Accordingly, the Court orders the parties to adhere to the following briefing schedule for Plaintiffs'

23   anticipated Motion for Class Certification:

24          (1)     On or before **March 2, 2009**, Plaintiffs shall file their Motion for Class Certification.

25          (2)     On or before **May 1, 2009**, Defendants shall file their Opposition to class

26                  certification.

27          (3)     On or before **June 15, 2009**, Plaintiffs shall file their Reply in support of class

28                  certification.

1       (4)     On **June 29, 2009 at 9:00 a.m.**, the parties shall appear for a hearing on Plaintiffs'

2               Motion for Class Certification.

3       Following submission of the parties' Joint Statement, Plaintiffs submitted a Supplementary

4 Case Management Statement (Docket Item No. 188), in which they object to the timeliness of a

5 Motion for Summary Judgment, filed by Defendants on January 23, 2009, and noticed for hearing on

6 March 16, 2009.  (See Docket Item No. 183.)  Defendants filed a Response to Plaintiffs'

7 Supplementary Statement.  (Docket Item No. 191.)

8       Upon consideration of the status of this action, in which the deadline for fact discovery is set

9 for December 1, 2009, the Court finds that Defendants' Motion for Summary Judgment is

10 premature.  If Defendants seek to defeat Plaintiffs' claims on the basis of loss causation, Defendants

11 will have opportunities to advance such arguments after the completion of discovery.  At the very

12 least, Defendants must refrain from raising loss causation issues until the class certification stage,

13 when they may seek to limit the scope of any class that the Court may certify.  Accordingly,

14 Defendants' Motion for Summary Judgment is DENIED as premature, without prejudice to be

15 renewed following discovery.

16      In light of this Order, the Court finds that a Case Management Conference is unnecessary at

17 this time.  Accordingly, the Court VACATES the February 9, 2009 Case Management Conference.

18

19 Dated:  February 4, 2009

    JAMES WARE
20  United States District Judge

21

22

23

24

25

26

27

28                                                    2

*United States District Court*
For the Northern District of California

**United States District Court**

For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Alfred Glenn Yates yateslaw@aol.com
    Barbara J. Hart bhart@lowey.com
3   Crystal Mothershead Gaudette cgaudette@wsgr.com
    David C. Harrison dharrison@ldbs.com
4   David Michael Friedman david.friedman@lw.com
    James Neil Kramer jkramer@orrick.com
5   Jason T. Baker jbaker@alexanderlaw.com
    Jonathan Acker Shapiro jonathan.shapiro@wilmerhale.com
6   Joni L. Ostler jostler@wsgr.com
    Joseph M. Barton joebartonesq@gmail.com
7   Mark Cotten Molumphy mmolumphy@cpmlegal.com
    Melinda Haag mhaag@orrick.com
8   Michael M. Goldberg info@glancylaw.com
    Mozhgan Saniefar msaniefar@orrick.com
9   Patrice L. Bishop service@ssbla.com
    Patrick Edward Gibbs patrick.gibbs@lw.com
10  Peter Allen Wald peter.wald@lw.com
    Peter Arthur Binkow info@glancylaw.com
11  Rebecca Felice Lubens rlubens@orrick.com
    Reed R. Kathrein reed@hbsslaw.com
12  Richard Bemporad rbemporad@lowey.com
    Richard W. Cohen rcohen@lowey.com
13  Robert C. Schubert rschubert@schubertlawfirm.com
    Steven Guggenheim sguggenheim@wsgr.com
14  Viviann C Stapp viviann.stapp@lw.com
    Willem F. Jonckheer wjonckheer@schubert-reed.com
15  William M. Audet waudet@audetlaw.com

16

    Dated:  February 4, 2009                          **Richard W. Wieking, Clerk**
17

18                                                    **By:      /s/ JW Chambers**
                                                           **Elizabeth Garcia**
19                                                         **Courtroom Deputy**

20

21

22

23

24

25

26

27

28