BARBARA HART (*pro hac vice*)
DAVID C. HARRISON (*pro hac vice*)
JEANNE D'ESPOSITO (*pro hac vice*)
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone: 914-997-0500
Facsimile:  914-997-0035

*Lead Counsel for the New York City Pension Funds and the Putative Class*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile:  415-778-0160

*Local Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW<br><br>**DECLARATION OF DAVID HARRISON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST JUNIPER NETWORKS, INC. RELATING TO KRIENS, GANI AND BERRY'S COURSE AND SCOPE**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>BEFORE:           Hon. James Ware |

DECLARATION OF DAVID HARRISON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT AGAINST JUNIPER NETWORKS, INC. RELATING TO KRIENS,
GANI AND BERRY'S COURSE AND SCOPE – CASE NO. C06-4327
{1964 / DECL / 00093861.DOC v1}

1    I, DAVID HARRISON declare, pursuant to 28 U.S.C. § 1746, that:

2    1.    I am shareholder of the law firm of Lowey Dannenberg Cohen & Hart, P.C.,

3 counsel of record for Lead Plaintiff The New York City Pension Funds. I make this declaration

4 in support of Lead Plaintiff's Motion for Partial Summary Judgment Against Juniper Networks,

5 Inc. Relating to Kriens, Gani, and Berry's Course and Scope.

6    2.    Attached hereto as Exhibit 1 is a true and correct copy of the cover page and

7 signature page of the following Juniper SEC filings: July 30, 1999 Form 10-Q (Gani); October

8 29, 1999 Form 10-Q (Gani); March 29, 2000 Form 10-K (Gani, Kriens); May 12, 2000 Form 10-

9 Q (Gani); August 10, 2000 Form 10-Q (Gani); November 9, 2000 Form 10-Q (Gani); March 27,

10 2001 Form 10-K (Gani, Kriens); May 8, 2001, Form 10-Q (Gani); August 6, 2001 Form 10-Q

11 (Gani); November 1, 2001 Form 10-Q (Gani); March 29, 2002 Form 10-K (Gani, Kriens); May

12 15, 2002 Form 10-Q (Gani); August 14, 2002 Form 10-Q (Gani); November 7, 2002 Form 10-Q

13 (Gani); March 10, 2003 Form 10-K (Gani, Kriens); May 8, 2003 Form 10-Q (Gani); August 7,

14 2003 Form 10-Q (Gani); November 14, 2003 Form 10-Q (Gani); February 20, 2004 Form 10-K

15 (Gani, Kriens); May 3, 2004 Form 10-Q (Gani); August 5, 2004 Form 10-Q (Gani); November 2,

16 2004 Form 10-Q (Gani); March 4, 2005 Form 10-K (Kriens); March 7, 2006 Form 10-K

17 (Kriens); November 17, 2003 Registration Statement (Gani, Kriens); Registration Statement on

18 Form S-8 dated March 14, 2000 (Gani, Kriens); Registration Statement on Form S-8 dated

19 August 18, 2000 (Gani, Kriens); Registration Statement on Form S-8 dated December 12, 2000

20 (Gani, Kriens); Registration Statement on Form S-8 dated March 29, 2001 (Gani, Kriens);

21 Registration Statement on Form S-8 dated December 21, 2001 (Gani, Kriens); Registration

22 Statement on Form S-8 dated July 8, 2002 (Gani, Kriens); NetScreen Registration Statement

23 dated 3/10/04 (Gani, Kriens); Registration Statement on Form S-8 dated 4/21/04 (Gani, Kriens);

24 Registration Statement on Form S-8 dated 8/18/04 (Gani, Kriens); Registration Statement on

25 Form S-8 dated 5/3/05 (Kriens); Registration Statement on Form S-8 dated 7/6/05 (Kriens);

26 Registration Statement on Form S-8 dated 3/7/06 (Kriens).

27    3.    Attached hereto as Exhibit 2 is a true and correct copy of Juniper's pre-clearance

28 DECLARATION OF DAVID HARRISON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR    1
PARTIAL SUMMARY JUDGMENT AGAINST JUNIPER NETWORKS, INC. RELATING TO KRIENS,
GANI AND BERRY'S COURSE AND SCOPE – CASE NO. C06-4327

{1964 / DECL / 00093861.DOC v1}

1  submission to the SEC dated January 17, 2007 (JNPR-CA 020045 – JNPR-CA 020099)

2  4. Attached hereto as Exhibit 3 is a true and correct copy of the Answer of Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod B. Khosla, Kenneth Levy, and William R. Stensrud to the Amended Consolidated Class Action Complaint (Dkt. No. 73), filed on June 23, 2008 (Dkt. No. 141).

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Juniper's November 1, 2001 Form 10-Q; March 10, 2003 Form 10-K; May 8, 2003 Form 10-Q; August 7, 2003 Form 10-Q; November 14, 2003 Form 10-Q; February 20, 2004 Form 10-K; May 3, 2004 Form 10-Q; August 5, 2004 Form 10-Q; November 2, 2004 Form 10-Q; March 4, 2005 Form 10-K representing that the exercise prices of all granted stock options were equal to the market prices of Juniper's stock on the grant dates.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Juniper's 2000 Proxy Statement filed with SEC on Form 14A dated April 13, 2000;

7. Attached hereto as Exhibit 6 is a true and correct copy of Juniper's Form 8-K dated December 20, 2006 and the accompanying December 20, 2006 Juniper Press Release attached thereto as Ex. 99.1.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from Juniper's March 9, 2007 Form 10-K.

9. Attached hereto as Exhibit 8 is a true and correct copy of the general instructions provided by the SEC for filing a Form 10-K, Form 10-Q, and a Form S-8 http://www.sec.gov/about/forms/secforms.htm)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February 2009 in White Plains, New York.

__/S/_____
DAVID HARRISON

DECLARATION OF DAVID HARRISON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST JUNIPER NETWORKS, INC. RELATING TO KRIENS, GANI AND BERRY'S COURSE AND SCOPE – CASE NO. C06-4327

2

{1964 / DECL / 00093861.DOC v1}