United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Juniper Networks, Inc. Securities Litigation | NO. C 06-04327 JW<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION; DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS PREMATURE** |

Presently before the Court is Defendant Juniper Networks Inc.'s ("Juniper") Administrative Motion to Deny as Premature Plaintiffs' Motion for Partial Summary Judgment Against Juniper Relating to Kriens, Gani, and Berry's Course and Scope. (hereafter, "Motion," Docket Item No. 196.) Defendant contends that Plaintiffs' Motion for Summary Judgment (Docket Item No. 193) is premature, given discovery has only recently begun in this action. (Motion at 1.) Defendant points out that the Court recently denied a its motion for summary judgment based on this exact rationale. (See Docket Item No. 192.)

Upon review of Plaintiffs' pending Motion for Summary Judgment, the Court finds that it is premature. The thrust of Plaintiffs' Motion is to establish Juniper's vicarious liability for the conduct of its former officers, Individual Defendants Kriens, Gani, and Berry. At this time, however, Plaintiffs have not established that Kriens, Gani, or Berry committed any violations of federal securities law. If Plaintiffs are able to establish such predicate wrongdoing on the part of the Individual Defendants, Plaintiffs may then seek to establish Juniper's vicarious liability. Given that

1 factual development is only in its incipient stages, the Court cannot now adjudicate the liability of
2 any Defendant.
3      Accordingly, the Court GRANTS Defendant's Administrative Motion, and DENIES
4 Plaintiffs' Motion for Summary Judgment as premature.

6 Dated: February 20, 2009                  _____
                                                            JAMES WARE
7                                                             United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alfred Glenn Yates yateslaw@aol.com
Barbara J. Hart bhart@lowey.com
Crystal Mothershead Gaudette cgaudette@wsgr.com
David C. Harrison dharrison@ldbs.com
David Michael Friedman david.friedman@lw.com
James Neil Kramer jkramer@orrick.com
Jason T. Baker jbaker@alexanderlaw.com
Jonathan Acker Shapiro jonathan.shapiro@wilmerhale.com
Joni L. Ostler jostler@wsgr.com
Joseph M. Barton joebartonesq@gmail.com
Mark Cotten Molumphy mmolumphy@cpmlegal.com
Melinda Haag mhaag@orrick.com
Michael M. Goldberg info@glancylaw.com
Mozhgan Saniefar msaniefar@orrick.com
Patrice L. Bishop service@ssbla.com
Patrick Edward Gibbs patrick.gibbs@lw.com
Peter Allen Wald peter.wald@lw.com
Peter Arthur Binkow info@glancylaw.com
Rebecca Felice Lubens rlubens@orrick.com
Reed R. Kathrein reed@hbsslaw.com
Richard Bemporad rbemporad@lowey.com
Richard W. Cohen rcohen@lowey.com
Robert C. Schubert rschubert@schubertlawfirm.com
Steven Guggenheim sguggenheim@wsgr.com
Viviann C Stapp viviann.stapp@lw.com
Willem F. Jonckheer wjonckheer@schubert-reed.com
William M. Audet waudet@audetlaw.com

**Dated: February 20, 2009**         **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
               **Elizabeth Garcia**
               **Courtroom Deputy**