BARBARA HART (*pro hac vice*)
DAVID C. HARRISON (*pro hac vice*)
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0035

*Lead Counsel for the New York City Pension Funds and the Putative Class*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile: 415-778-0160

*Local Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C 06-04327-JW<br><br>**DECLARATION OF CAROLYN WOLPERT IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>DATE: June 29, 2009<br>TIME: 9:00 a.m.<br>BEFORE: Hon. James Ware |

CAROLYN WOLPERT hereby declares, pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Corporation Counsel and Deputy Chief of the Pensions Division in the Office of the Corporation Counsel of the City of New York ("Law Department").

2. I submit this declaration in support of the motion by the New York City Pension Funds ("Lead Plaintiff" or "the NYC Funds") for certification of this Action as a Class Action pursuant to Rule 23 of the Federal Rules of Civil Procedure for the Class Period July 11, 2003 through August 10, 2006; appointment of Lead Plaintiff as the Class Representative; and appointment of Lowey Dannenberg Cohen & Hart, P.C. as class counsel.

3. I previously submitted a declaration with this Court on September 15, 2006 in support of the NYC Funds' application for appointment as Lead Plaintiff. In my declaration I described the NYC Funds' qualifications to serve as Lead Plaintiff and set forth the significant losses sustained by the NYC Funds in its investment in Juniper securities during the Class Period, establishing the NYC Funds as the member of the class with the largest financial interest in the outcome of this litigation.

4. On November 20, 2006, the Court appointed the NYC Funds Lead Plaintiff given that the NYC Funds had the largest financial interest in the case and was the member of the class most capable of adequately representing the interest of the class members. *See* D.K. No. 64.

5. The Law Department is the legal arm of the City of New York. Pursuant to the powers and duties granted to it under Section 394 of the New York City Charter, the Law Department represents all City agencies, Lead Plaintiff, as well as the offices of elected officials such as the Comptroller and the Public Advocate. In the matters in which outside counsel is retained to represent New York City, its agencies and its pension funds, the Law Department has the authority and responsibility to select which firms to retain and to negotiate the terms of retention.

6. The Law Department has over 650 attorneys with experience in many areas of litigation, including class action and securities litigation, at both the trial and appellate levels. The Law Department's expertise extends to the areas of bankruptcy, financial transactions and other related fields. Since 1992, the Law Department has worked on a number of cases involving securities law, both in private securities fraud class action litigation and in cases involving the issue of whether companies were required to include the Lead Plaintiff's shareholder proposals in their proxy materials.

7. Lead Plaintiff is familiar with the claims at issue in this Action and understands its duties as the Class Representative.

8. In fulfillment of its duties, the NYC Funds have selected the firm of Lowey Dannenberg Cohen & Hart, P.C. ("Lowey Dannenberg") to serve as Lead Counsel. Lowey Dannenberg is an experienced and highly regarded securities litigation firm, and has been pre-qualified to represent the Lead Plaintiff in securities litigation after a merits selection process.

9. Pursuant to its agreement with Lowey Dannenberg, Lead Plaintiff has received, reviewed, and approved all significant pleadings (*e.g.*, consolidated complaint, opposition to the motions to dismiss, and this class certification motion) before they were filed with the Court. Lead Plaintiff has been kept abreast of court appearances, the discovery schedule and progress, and all other important parts of the litigation. Lead Plaintiff has also received and reviewed, on a periodic basis, time and expense reports of Lowey Dannenberg. In addition, Lead Plaintiff has produced documents, answered requests for admission and interrogatories, and in due course is prepared to give deposition testimony.

10. Should this Court certify this Action a class action and appoint Lead Plaintiff as Class Representative, the NYC Funds will continue to actively monitor this Action and fulfill its duties as Class Representative.

DECLARATION OF CAROLYN WOLPERT IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION – CASE NO. 06-04327-JW
{1964 / DECL / 00094286.DOC v1}

2

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 2nd day of March 2009

_____
CAROLYN WOLPERT

DECLARATION OF CAROLYN WOLPERT IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION -- CASE NO. 06-04327-JW
{1964 / DECL / 00094286.DOC v1}

3