NINA F. LOCKER, State Bar # 123838
Email: nlocker@wsgr.com
STEVEN GUGGENHEIM, State Bar # 201386
Email: sguggenheim@wsgr.com
JONI OSTLER, State Bar # 230009
Email: jostler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud*

JEFFREY B. RUDMAN (*Pro Hac Vice*)
Email: jeffrey.rudman@wilmerhale.com
EMILY R. SCHULMAN (*Pro Hac Vice*)
Email: emily.schulman@wilmerhale.com
WILMER CUTLER PICKERING HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

JONATHAN A. SHAPIRO (*Pro Hac Vice*)
WILMER CUTLER PICKERING HALE and DORR LLP
Email: jonathan.shapiro@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Co-Counsel for Defendant Juniper Networks, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions | CASE NO.: C06-04327-JW (PVT)<br><br>**STIPULATION AND ORDER CONTINUING JUNIPER NETWORKS, INC.'S MOTION TO COMPEL LEAD PLAINTIFFS TO PRODUCE TRADING RECORDS**<br><br>BEFORE: Hon. Patricia V. Trumbull |

1  This Stipulation is entered into by and among Lead Plaintiffs the New York City Pension Funds and Defendant Juniper Networks, Inc. ("Juniper"), by and through their respective attorneys of record.

WHEREAS, on February 26, 2009, Juniper filed a Motion to Compel Lead Plaintiffs to Produce Trading Records ("Motion to Compel") (Docket No. 211);

WHEREAS, the Motion to Compel has now been fully briefed and, pursuant to this Court's March 6, 2009 Order (Docket No. 227), the Motion to Compel is scheduled to be heard at 10:00 a.m. on March 24, 2009;

WHEREAS, Juniper and Lead Plaintiffs have now reached agreement to resolve the Motion to Compel and Lead Plaintiff will produce spreadsheets separately showing each Plaintiff's transactions in Juniper securities from the time of their initial investment in Juniper securities to March 2007, including the name of the investment manager that executed each trade, but Lead Plaintiffs may not be able to complete such production until Tuesday, March 24, 2009;

WHEREAS, Juniper will advise the Court promptly upon Lead Plaintiffs production of such documents, which will moot the pending Motion to Compel;

THEREFORE, the parties stipulate, and request the Court to order, as follows:

That the hearing on Juniper's Motion to Compel is continued until March 31, 2009.

Respectfully submitted,

Dated: March 20, 2009                                 WILSON SONSINI GOODRICH & ROSATI

                                                      By: /s/ Steve Guggenheim
                                                          Steve Guggenheim

                                                      *Counsel for Defendants*

Dated: March 20, 2009                                 LOWEY DANNENBERG COHEN & HART, P.C.

                                                      By: /s/ Jeanne D'Esposito
                                                          Jeanne D'Esposito

                                                      *Counsel for Lead Plaintiff*

**ATTESTATION**

I, Crystal M. Gaudette, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER CONTINUING JUNIPER NETWORKS, INC.'S MOTION TO COMPEL LEAD PLAINTIFFS TO PRODUCE TRADING RECORDS. In compliance with General Order 45.X.B, I hereby attest that Steven Guggenheim and Jeanne D'Esposito concur in this filing.

Dated: March 20, 2009        By:  /s/ Crystal M. Gaudette
                                         Crystal M. Gaudette

1                  *   *   *

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/20/09

                                       */s/ Patricia V. Trumbull*
                                       PATRICIA V. TRUMBULL
                                       United States Magistrate Judge