

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION This Document Relates To: All Actions | ))))))))))))) | CASE NO.: C06-04327-JW (PVT) **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND REPLY IN SUPPORT THEREOF** Before: Hon. James Ware |

Stip and [Proposed] Order to extend time for Opp. and Reply Re motion for class certification
Case No. C06-04327-JW (PVT)

1  WHEREAS, on February 4, 2009, the Court ordered the following schedule for plaintiff's
2  motion for class certification:
3  (a) Plaintiff's motion for class certification to be filed on or before March 2, 2009;
4  (b) Defendants' opposition to class certification to be filed on or before May 1, 2009;
5  (c) Plaintiff's reply in support of class certification to be filed on or before June 15, 2009;
6  and
7  (d) The parties shall appear for a hearing regarding plaintiff's motion for class certification
8  on June 29, 2009 at 9:00 a.m.
9  WHEREAS, plaintiff filed its motion for class certification on March 2, 2009,
10 WHEREAS, the parties have met and conferred, and have agreed to jointly request that
11 the Court grant a short extension of the deadlines for defendants' opposition to plaintiff's motion
12 for class certification and plaintiff's reply in support thereof,
13 NOW THEREFORE, THERE PARTIES HEREBY STIPULATE AND AGREE, and
14 request that the Court order, as follows:
15 (a) Defendants' opposition to plaintiff's motion for class certification shall be filed on or
16 before June 1, 2009;
17 (b) Plaintiff's reply in support of the motion for class certification shall be filed on or before
18 August 7, 2009; and
19 (c) The hearing on plaintiff's motion for class certification shall be continued from June 29,
20 2009 at 9:00 a.m. to **September 14, 2009 at 9 a.m.**
21 SO STIPULATED.
22 DATED: March 17, 2009         WILSON SONSINI GOODRICH & ROSATI, P.C.
                                 NINA F. LOCKER
23                               STEVEN GUGGENHEIM
                                 JONI OSTLER
24
25                                      s/ Nina F. Locker
                                       Nina F. Locker
26                               650 Page Mill Road
                                 Palo Alto, CA  94304-1050
27                               Telephone:  650/493-9300
                                 650/493-6811 (fax)
28
                                 *Counsel for the Juniper Defendants*

STIP AND [PROPOSED] ORDER TO EXTEND TIME         -1-
FOR OPP. AND REPLY RE MOTION FOR CLASS
CERTIFICATION
CASE NO. C06-04327-JW (PVT)

| | | |
|---|---|---|
| 1 | DATED: March 17, 2009 | BARBARA J. HART |
| 2 | | DAVID C. HARRISON |
| | | JEANNE D'ESPOSITO |
| 3 | | LOWEY DANNENBERG COHEN & HART, P.C. |

s/ David C. Harrison
_____
DAVID C. HARRISON
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Lead Counsel for Lead Plaintiff*

WILLEM F. JONCKHEER
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, CA  94111
Telephone:  415-788-4220

*Local Counsel for Lead Plaintiff*

DATED  March 17, 2009

PETER A. WALD
PATRICK E. GIBBS
DAVID M. FRIEDMAN
VIVANN C. STAPP
LATHAM & WATKINS LLP

s/ David M. Friedman
_____
DAVID M. FRIEDMAN
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: 415-391-0600

*Counsel for Defendant Ernst & Young*

*     *     *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED **AS MODIFIED.**
Docket No. 242 shall be terminated as moot.

DATED:  March 26, 2009

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER TO EXTEND TIME
FOR OPP. AND REPLY RE MOTION FOR CLASS
CERTIFICATION
CASE NO. C06-04327-JW (PVT)

-2-