| | |
|---|---|
| NINA F. LOCKER, State Bar # 123838<br>Email: nlocker@wsgr.com<br>STEVEN GUGGENHEIM, State Bar # 201386<br>Email: sguggenheim@wsgr.com<br>JONI OSTLER, State Bar # 230009<br>Email: jostler@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud* | JEFFREY B. RUDMAN (*Pro Hac Vice*)<br>Email: jeffrey.rudman@wilmerhale.com<br>EMILY R. SCHULMAN (*Pro Hac Vice*)<br>Email: emily.schulman@wilmerhale.com<br>WILMER CUTLER PICKERING HALE and DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:   (617) 526-5000<br><br>JONATHAN A. SHAPIRO (*Pro Hac Vice*)<br>WILMER CUTLER PICKERING HALE and DORR LLP<br>Email: jonathan.shapiro@wilmerhale.com<br>1117 California Avenue<br>Palo Alto, CA  94304<br>Telephone:    (650) 858-6000<br>Facsimile:     (650) 858-6100<br><br>*Co-Counsel for Defendant Juniper Networks, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION<br><br>_____<br>This Document Relates To:<br><br>All Actions<br>_____ | CASE NO.: C06-04327-JW (PVT)<br><br>**ORDER ON STIPULATION WITHDRAWING JUNIPER NETWORKS, INC.'S MOTION TO COMPEL LEAD PLAINTIFFS TO PRODUCE TRADING RECORDS**<br><br>DATE:     March 31, 2009<br>TIME:      10:00 a.m.<br>BEFORE: Hon. Patricia V. Trumbull |

STIPULATION WITHDRAWING AS MOOT
JUNIPER'S MTN. TO COMPEL PRODUCTION OF
TRADING RECORDS
CASE NO. C06-04327-JW (PVT)

1   This Stipulation is entered into by and among Lead Plaintiffs the New York City Pension
2 Funds and Defendant Juniper Networks, Inc. ("Juniper"), by and through their respective
3 attorneys of record.
4   WHEREAS, on February 26, 2009, Juniper filed a Motion to Compel Lead Plaintiffs to
5 Produce Trading Records ("Motion to Compel") (Docket No. 211);
6   WHEREAS, the Motion to Compel has now been fully briefed and, pursuant to the
7 Stipulation and Order dated March 20, 2009 Order (Docket No. 248), the Motion to Compel is
8 scheduled to be heard at 10:00 a.m. on March 31, 2009;
9   WHEREAS, Juniper and Lead Plaintiffs reached agreement to resolve the Motion to
10 Compel whereby Lead Plaintiff agreed to produce spreadsheets separately showing each
11 Plaintiff's transactions in Juniper securities from the time of their initial investment in Juniper
12 securities to March 2007, including the name of the investment manager that executed each
13 trade;
14   WHEREAS, Lead Plaintiffs have completed that production, which renders moot
15 Juniper's pending Motion to Compel;
16   THEREFORE, Juniper withdraws its Motion to Compel (Docket No. 211), and the
17 parties stipulate, and request the Court to order, that the hearing scheduled for March 31, 2009
18 on the Motion to Compel be vacated.

19                                          Respectfully submitted,
20 Dated: March 27, 2009                    WILSON SONSINI GOODRICH & ROSATI
21
22                                          By:   /s/ Joni Ostler
                                                  Joni Ostler
23                                          *Counsel for Juniper Networks, Inc.*
24
25
26
27
28

STIPULATION WITHDRAWING AS MOOT                      -1-
JUNIPER'S MTN. TO COMPEL PRODUCTION OF
TRADING RECORDS
CASE NO. C06-04327-JW (PVT)

Dated: March 27, 2009      LOWEY DANNENBERG COHEN & HART, P.C.

By:   /s/ Jeanne D'Esposito
         Jeanne D'Esposito

*Counsel for Lead Plaintiff*

\*     \*     \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    3/30/09

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION WITHDRAWING AS MOOT      -2-
JUNIPER'S MTN. TO COMPEL PRODUCTION OF
TRADING RECORDS
CASE NO. C06-04327-JW (PVT)