| | |
|---|---|
| 1 | NINA F. LOCKER, State Bar # 123838 |
| | Email: nlocker@wsgr.com |
| 2 | STEVEN GUGGENHEIM, State Bar # 201386 |
| 3 | Email: sguggenheim@wsgr.com |
| | JONI OSTLER, State Bar # 230009 |
| 4 | Email: jostler@wsgr.com |
| | WILSON SONSINI GOODRICH & |
| 5 | ROSATI |
| | Professional Corporation |
| 6 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 7 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |

JEFFREY B. RUDMAN (*Pro Hac Vice*)
Email: jeffrey.rudman@wilmerhale.com
EMILY R. SCHULMAN (*Pro Hac Vice*)
Email: emily.schulman@wilmerhale.com
WILMER CUTLER PICKERING HALE and DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

JONATHAN A. SHAPIRO (*Pro Hac Vice*)
WILMER CUTLER PICKERING HALE and DORR LLP
Email: jonathan.shapiro@wilmerhale.com
1117 California Avenue
Palo Alto, CA  94304
Telephone:   (650) 858-6000
Facsimile:    (650) 858-6100

*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud*

*Co-Counsel for Defendant Juniper Networks, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION <br><br> _____ <br> This Document Relates To: <br><br> All Actions <br> _____ | CASE NO.: C06-04327-JW (PVT) <br><br> **ORDER ON STIPULATION WITH-DRAWING JUNIPER NETWORKS, INC.'S MOTION TO COMPEL LEAD PLAINTIFFS TO PRODUCE TRADING RECORDS** <br><br> DATE:      March 31, 2009 <br> TIME:       10:00 a.m. <br> BEFORE:  Hon. Patricia V. Trumbull |

STIPULATION WITHDRAWING AS MOOT JUNIPER'S MTN. TO COMPEL PRODUCTION OF TRADING RECORDS
CASE NO. C06-04327-JW (PVT)

1  This Stipulation is entered into by and among Lead Plaintiffs the New York City Pension Funds and Defendant Juniper Networks, Inc. ("Juniper"), by and through their respective attorneys of record.

WHEREAS, on February 26, 2009, Juniper filed a Motion to Compel Lead Plaintiffs to Produce Trading Records ("Motion to Compel") (Docket No. 211);

WHEREAS, the Motion to Compel has now been fully briefed and, pursuant to the Stipulation and Order dated March 20, 2009 Order (Docket No. 248), the Motion to Compel is scheduled to be heard at 10:00 a.m. on March 31, 2009;

WHEREAS, Juniper and Lead Plaintiffs reached agreement to resolve the Motion to Compel whereby Lead Plaintiff agreed to produce spreadsheets separately showing each Plaintiff's transactions in Juniper securities from the time of their initial investment in Juniper securities to March 2007, including the name of the investment manager that executed each trade;

WHEREAS, Lead Plaintiffs have completed that production, which renders moot Juniper's pending Motion to Compel;

THEREFORE, Juniper withdraws its Motion to Compel (Docket No. 211), and the parties stipulate, and request the Court to order, that the hearing scheduled for March 31, 2009 on the Motion to Compel be vacated.

Respectfully submitted,

Dated: March 27, 2009

WILSON SONSINI GOODRICH & ROSATI

By: ___/s/ Joni Ostler_____
         Joni Ostler

*Counsel for Juniper Networks, Inc.*

STIPULATION WITHDRAWING AS MOOT
JUNIPER'S MTN. TO COMPEL PRODUCTION OF
TRADING RECORDS
CASE NO. C06-04327-JW (PVT)

-1-

| | |
|---|---|
| Dated: March 27, 2009 | LOWEY DANNENBERG COHEN & HART, P.C. |
| | By:   /s/ Jeanne D'Esposito |
| | Jeanne D'Esposito |
| | *Counsel for Lead Plaintiff* |

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   3/30/09

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION WITHDRAWING AS MOOT   -2-
JUNIPER'S MTN. TO COMPEL PRODUCTION OF
TRADING RECORDS
CASE NO. C06-04327-JW (PVT)