Barbara Hart (Admitted *Pro Hac Vice*)
David C. Harrison (Admitted *Pro Hac Vice*)
Jeanne D'Esposito (Admitted *Pro Hac Vice*)
LOWEY DANNENBERG COHEN
  & HART, P.C.
One North Broadway, 5th Floor
White Plains, New York  10601-1714
Telephone:   914-997-0500

*Lead Counsel for the New York City Pension Funds*

Willem F. Jonckheer, State Bar No. 178748
SCHUBERT JONCKHEER KOLBE &
  KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone:   415-788-4220

*Local Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>All Actions | No. C06-04327-JW<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING AS MOOT LEAD PLAINTIFF'S MOTION TO COMPEL JUNIPER TO PRODUCE DRAFTS OF SEC FILINGS**<br><br>DATE:        April 14, 2009<br>TIME:        10:00 a.m.<br>BEFORE:   Hon. Patricia V. Trumbull |

This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds, and defendant Juniper Networks, Inc. ("Juniper"), by and through their respective attorneys of record.

**WHEREAS**, pursuant to the Court's Order dated March 12, 2009, the hearing on Lead Plaintiff's Motion to Compel Juniper to Produce Drafts of SEC Filings and Other Non-Privileged Documents and an Accompanying Privilege Log is scheduled for April 14, 2009 at 10:00 a.m. and Lead Plaintiff's Reply Memorandum of Law in Support thereof is due on March 31, 2009; and

**WHEREAS**, in the interest of judicial economy, the parties have further met and conferred;

**NOW, THEREFORE**, Lead Plaintiff withdraws its Motion to Compel (Docket No. 228), and the parties stipulate, and request the Court to order, that the hearing scheduled for April 14, 2009 on the Motion to Compel be vacated.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 6, 2009

BARBARA J. HART
DAVID C. HARRISON
JEANNE D'ESPOSITO
LOWEY DANNENBERG COHEN & HART, P.C.

_____/s/_____
Jeanne D'Esposito
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-733-7246 (telephone)
914-997-0035 (facsimile)

*Lead Counsel for the New York City Pension Funds*

|   |   |
|---|---|
| 1 | WILLEM F. JONCKHEER |
|   | SCHUBERT JONCKHEER KOLBE & |
| 2 | KRALOWEC LLP |

                               /s/
                   ───────────────────────────────
                   Willem F. Jonckheer
                   Three Embarcadero Center, Suite 1650
                   San Francisco, CA  94111
                   Telephone:  415-788-4220

                   *Local Counsel for Lead Plaintiff*


                   NINA F. LOCKER
                   STEVEN GUGGENHEIM
                   JONI OSTLER
                   WILSON SONSINI GOODRICH & ROSATI
                   Professional Corporation

                               /s/
                   ───────────────────────────────
                   Joni Ostler
                   650 Page Mill Road
                   Palo Alto, CA  94304-1050
                   Telephone:    650-493-9300

                   *Counsel for Defendant Juniper Networks, Inc.,*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Willem F Jonckheer, am the ECF User whose identification and password are being used to file this Stipulation Withdrawing as Moot Lead Plaintiff's Motion to Compel Juniper to Produce Drafts of SEC Filings. I hereby attest that concurrence in the filing of this document along with the concurrently lodged proposed order has been obtained from the other signatory.

Dated: April 6, 2009         SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP

                             By:_____/s/_____
                                       Willem F. Jonckheer

                             Local Counsel for Lead Plaintiff

STIPULATION WITHDRAWING AS MOOT LEAD PLAINTIFF'S MOTION TO COMPEL JUNIPER TO PRODUCE DRAFTS OF SEC FILINGS -- CASE NO. C06-04327

{1964 / STIP / 00094944.DOC v1}

2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/7/09

_____
Hon. Patricia V. Trumbull
United States Magistrate Judge