| | |
|---|---|
| Nina F. Locker, State Bar No. 123838<br>Steven Guggenheim, State Bar No. 201386<br>Joni Ostler, State Bar No. 230009<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: nlocker@wsgr.com<br>Email: sguggenheim@wsgr.com<br>Email: jostler@wsgr.com<br><br>*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud (the "Juniper Defendants")* | Jeffrey B. Rudman (*Pro Hac Vice*)<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email: jeffrey.rudman@wilmerhale.com<br><br>Jonathan A. Shapiro, Esq. (*Pro Hac Vice*)<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1117 California Avenue<br>Palo Alto, CA  94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>Email: jonathan.shapiro@wilmerhale.com<br><br>*Co-Counsel for Defendant Juniper Networks, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC.<br>SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>All Actions<br>_____ | CASE NO.: C06-04327-JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXPANDING PAGE LIMITS<br>FOR JUNIPER DEFENDANTS'<br>OPPOSITION TO LEAD PLAINTIFF'S<br>MOTION FOR CLASS<br>CERTIFICATION |

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

1  WHEREAS, plaintiffs filed their motion for class certification on March 2, 2009;

2  WHEREAS, pursuant to the Court's Order dated on March 26, 2009, defendants'
3  opposition to plaintiff's motion for class certification to be filed on or before June 1, 2009;

4  WHEREAS, Civil L.R. 7-3(a) provides for a twenty-five (25) page limit on
5  defendants' opposition brief to plaintiffs' motion for class certification;

6  WHEREAS, the Juniper Defendants (defined in the caption above) believe that the
7  page limits provided by Civil L.R. 7-3(a) will not be sufficient to address critical issues
8  raised by plaintiffs' motion for class certification;

9  WHEREAS, the parties met and conferred, and plaintiffs agreed to the Juniper
10 Defendants' request that they be allowed to file an opposition brief up to forty (40) pages;

11 WHEREAS, the Juniper Defendants agree not to oppose a later request by Plaintiffs
12 to expand the page limits for Plaintiffs' reply in support of their motion for class
13 certification;

14 THEREFORE, the parties hereby STIPULATE and AGREE, and request that the
15 Court order as follows:

16 1. The Juniper Defendants' opposition to Plaintiffs' motion for class certification may be
17 up to forty (40) pages in length, exclusive of caption page, the table of contents, the table of
18 authorities, declarations and exhibits; and

19 2. If Plaintiffs request additional pages for their reply in support of their motion for class
20 certification, the Juniper Defendants will not oppose that request.

21 DATED: May 1, 2009                    WILSON SONSINI GOODRICH & ROSATI, P.C.
                                          NINA F. LOCKER
22                                        STEVEN GUGGENHEIM
                                          JONI OSTLER
23
                                                   s/ Joni Ostler
24                                        _____
                                                    Joni Ostler
25                                        650 Page Mill Road
                                          Palo Alto, CA  94304-1050
26                                        Telephone:  650/493-9300
                                          650/493-6811 (fax)
27
                                          *Counsel for the Juniper Defendants*
28

STIP AND [PROPOSED] ORDER EXPANDING PAGE         -1-
LIMIT FOR OPP. TO MOT. FOR CLASS CERT.
CASE NO. C06-04327-JW

| | | |
|---|---|---|
| 1 | DATED: May 1, 2009 | BARBARA J. HART |
| 2 | | DAVID C. HARRISON |
| | | JEANNE D'ESPOSITO |
| 3 | | LOWEY DANNENBERG COHEN & HART, P.C. |

_____s/ Jeanne D'Esposito_____
JEANNE D'ESPOSITO
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Lead Counsel for Lead Plaintiff*

WILLEM F. JONCKHEER
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, CA  94111
Telephone:  415-788-4220

*Local Counsel for Lead Plaintiff*

DATED  May 1, 2009             PETER A. WALD
                               PATRICK E. GIBBS
                               DAVID M. FRIEDMAN
                               VIVANN C. STAPP
                               LATHAM & WATKINS LLP

_____s/ David M. Friedman_____
DAVID M. FRIEDMAN
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: 415-391-0600

*Counsel for Defendant Ernst & Young LLP*

*   *   *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.AS MODIFIED:

The Juniper Defendants are GRANTED a FIVE (5) page extension to their opposition brief.  The opposition brief shall not exceed **30 pages.**

If needed, it is further ordered that Plaintiffs' reply brief is also granted a FIVE (5) page extension.  The reply brief should not exceed **20 pages.**

Dated: May 14, 2009

                                    _____/s/ James Ware_____
                                    United States District Judge

**ECF CERTIFICATION**

I, Joni Ostler, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXPANDING PAGE LIMITS FOR JUNIPER DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION. In compliance with General Order 45.X.B, I hereby attest that Jeanne D'Esposito and David M. Friedman have concurred in this filing.

Dated: May 1, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:     s/ Joni Ostler
         Joni Ostler