1  BARBARA HART (*pro hac vice*)
   DAVID C. HARRISON (*pro hac vice*)
2  JEANNE D'ESPOSITO (*pro hac vice*)
   LOWEY DANNENBERG COHEN & HART, P.C.
3  One North Broadway, Suite 509
   White Plains, NY 10601-2310
4  Telephone: 914-997-0500
   Facsimile: 914-997-0035
5
   *Lead Counsel for the New York City Pension Funds and the Putative Class*
6
   WILLEM F. JONCKHEER S.B.N. 178748
7  SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
   Three Embarcadero Center, Suite 1650
8  San Francisco, CA 94111
   Telephone: 415-788-4220
9  Facsimile: 415-778-0160

10 *Local Counsel*

11

12                          UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA
13                                 SAN JOSE DIVISION

14

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>All Actions | No. C 06-04327-JW<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING LEAD PLAINTIFF'S TIME TO AMEND THE BERRY COMPLAINT AND SCHEDULING CASE MANAGEMENT CONFERENCE** FOUND AS MOOT.<br><br>BEFORE: Hon. James Ware |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEMS, *et al.*,<br><br>                              Plaintiffs,<br><br>          v.<br><br>LISA C. BERRY,<br>                              Defendant. | No. C08-0246-JW<br><br>BEFORE: Hon. James Ware |

28  STIPULATION AND [PROPOSED] ORDER ENLARGING LEAD PLAINTIFF'S TIME TO AMEND THE BERRY {1964 / STIPY / 00095844.DOC v1} 1
    COMPLAINT AND SCHEDULING CASE MANAGEMENT CONFERENCE
    K:\docs\CLIENTS\1964\stip\00095844.DOC

This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds, defendant Lisa C. Berry, defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy, and William R. Stensrud (the "Juniper Defendants") and defendant Ernst & Young, by and through their respective attorneys of record.

WHEREAS, on January 14, 2008, Lead Plaintiff the New York City Pension Funds filed an action captioned *The New York City Employees, Retirement Systems, et al., v. Lisa C. Berry*, No. C08-0246-JW (the "Berry Action"), as a related case to the pending class actions under the caption *In re Juniper Networks, Inc. Securities Litigation*, Lead Case No. C-06-04327-JW (the "Juniper Action");

WHEREAS, by Order dated October 1, 2008, the Court denied the Juniper Defendants' Motion to consolidate the Berry Action with the Juniper Action with leave to renew pending resolution of the Motion to Dismiss in the Berry Action;

WHEREAS, by Order dated May 15, 2009, the Court (1) denied Ms. Berry's motion to dismiss Lead Plaintiff's claims under sections 10(b) and 20(a) of the Exchange Act and SEC Rule 10b-5; (2) gave Lead Plaintiff the option of filing, on or before June 5, 2009, an amended complaint in the Berry Action that would "specify in greater detail the nature and extent of Defendant's purported substantial participation" with respect to certain alleged misstatements in the Berry Complaint; and (3) directed Lead Plaintiff and Berry to file a Joint Case Management Statement on or before June 5, 2009, and appear for a Case Management Conference on June 15, 2009;

WHEREAS, counsel for Lead Plaintiff has conferred with counsel for Defendants regarding, *inter alia*, filing an omnibus Joint Case Management Statement, and all counsel agree and request that the status conference scheduled for June 15, 2009 apply in both the Berry Action and the Juniper Action;

WHEREAS, Lead Plaintiff and defendant Berry agree that Lead Plaintiff's time to amend the Complaint in the Berry Action should be extended from June 5, 2009 to July 9, 2009; and

STIPULATION AND [PROPOSED] ORDER ENLARGING LEAD PLAINTIFF'S TIME TO AMEND THE BERRY COMPLAINT AND SCHEDULING CASE MANAGEMENT CONFERENCE
K:\docs\CLIENTS\1964\stip\00095844.DOC

1964 STIP/ 00095844.DOC v1  2

WHEREFORE, the parties stipulate, and request the Court to order, as follows:

1. Lead Plaintiff's time to amend the Complaint in the Berry Action is extended from June 5, 2009 to July 9, 2009.

2. The parties in the Berry and Juniper Actions shall file Joint Case Management Statements on or before June 5, 2009, that address, *inter alia*, the parties' positions with respect to consolidation of the Actions, class certification and discovery, and appear at the June 15, 2009 Case Management Conference scheduled before Judge Ware.

Respectfully Submitted,

Dated: May 29, 2009                     LOWEY DANNENBERG COHEN & HART, P.C.

By:       /s/ David C. Harrison
      David C. Harrison

*Attorneys for Lead Plaintiffs*

I, David C. Harrison, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Cases and Extending Lead Plaintiff's Time to Amend the Berry Complaint. In compliance with General Order 45, X.B., I hereby attest that Steven Guggenheim has concurred in this filing, and I have his manual signature on file.

Dated: May 29, 2009                     WILSON SONSINI GOODRICH & ROSATI

By:       /s/
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Counsel for the Juniper Defendants*

I, David C. Harrison, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Cases and Extending Lead Plaintiff's Time to Amend the Berry Complaint. In compliance with General Order 45, X.B., I hereby attest that David Friedman has concurred in this filing, and I have his manual signature on file.

Dated: May 29, 2009                          LATHAM & WATKINS

                                             By: _____/s/_____
                                             505 Montgomery Street, Suite 2000
                                             San Francisco, CA 94111-6538
                                             Telephone: 415-391-0600
                                             Facsimile: 415-395-8095

                                             *Counsel for Defendant Ernst & Young*

I, David C. Harrison, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Cases and Extending Lead Plaintiff's Time to Amend the Berry Complaint. In compliance with General Order 45, X.B., I hereby attest that Nancy Harris has concurred in this filing, and I have her manual signature on file.

Dated: May 29, 2009                          ORRICK HERRINGTON & SUTCLIFFE LLP

                                             By: _____/s/_____
                                             The Orrick Building
                                             405 Howard Street
                                             San Francisco, CA  94105-2669
                                             Telephone: 415-773-5700
                                             Facsimile: 415-773-5759

                                             *Counsel for Defendant Lisa C. Berry*

                                    *  *  *

**ORDER**

The stipulation is found as MOOT. Plaintiff has filed an Amended Complaint in the Berry Action on June 5, 2009. The Court declines to set a case management conference on June 15, 2009 in the Juniper Action as this time.

DATED: June 11, 2009                         _____/s/_____
                                             James Ware
                                             United States District Judge