UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | Case No.: C 06-4327 JW (PVT)<br><br>**ORDER G**RANTING **L**EAD **P**LAINTIFFS' **M**OTION TO **C**OMPEL **D**EFENDANT **J**UNIPER **N**ETWORKS, **I**NC. TO **P**RODUCE **R**ESTATEMENT **C**OMMUNICATIONS |

On August 4, 20, 2009, the parties appeared for hearing on Lead Plaintiffs' Motion to Compel Defendant Juniper Networks, Inc. to Produce Restatement Communications. Based on the briefs and arguments submitted,

IT IS HEREBY ORDERED that Lead Plaintiffs' motion is GRANTED. At a minimum, discovery regarding the Restatement Communications (as defined in the moving papers) is "reasonably calculated to lead to the discovery of admissible evidence." *See* Fed.R.Civ.Pro. 26(b)(1). Lead Plaintiffs are not required to accept Defendant's representations about the documents; they are entitled to review them for themselves. With regard to Defendant's claim of burden, they have not shown that the burden of production outweighs the likely benefit of the discovery to Lead Plaintiffs. *See* Fed.R.Civ.Pro. 26(b)(2)(C)(iii).

Dated: *8/4/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*