1  BARBARA HART (*pro hac vice*)
   DAVID C. HARRISON (*pro hac vice*)
2  JEANNE D'ESPOSITO (*pro hac vice*)
   LOWEY DANNENBERG COHEN & HART, P.C.
3  One North Broadway, Suite 509
   White Plains, NY 10601-2310
4  Telephone: 914-997-0500
   Facsimile:  914-997-0035
5
   *Lead Counsel for the New York City Pension Funds and the*
6
   WILLEM F. JONCKHEER S.B.N. 178748
7  SCHUBERT JONCKHEER KOLBE & KRALOWEC LL
   Three Embarcadero Center, Suite 1650
8  San Francisco, CA 94111
   Telephone: 415-788-4220
9  Facsimile:  415-778-0160

10  *Local Counsel*

11

12                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
13                      SAN JOSE DIVISION

14

15  ┌──────────────────────────────────
16  │ IN RE JUNIPER NETWORKS, INC.        No. C 06-04327-JW
    │ SECURITIES LITIGATION
17  │                                     STIPULATION AND [PROPOSED] ORDER
    │                                     SETTING DEADLINE FOR PARTIES TO
18  │ This Document Relates to:           FILE JOINT STATUS REPORT RE:
    │                                     DISCOVERY
19  │ All Actions
20  └──────────────────────────────────

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SCHEDULING CASE MANAGEMENT CONFERENCE
{1964 / STIP / 00097220.DOC v1}                                        1

1        This Stipulation is entered into by and among Lead Plaintiff the New York City Pension

2   Funds, defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert

3   M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla,

4   Kenneth Levy, and William R. Stensrud and defendant Ernst & Young, by and through their

5   respective attorneys of record.

6        WHEREAS, on November 3, 2008, the parties filed the Discovery Plan which was

7   entered by the Court on November 17, 2008.  The Discovery Plan, among other things, set

8   deadlines for fact and expert discovery and summary judgment motions as follows:

| ACTION | DUE DATE |
| --- | --- |
| Fact discovery cut-off | December 1, 2009, subject to review |
| Exchange of expert reports | February 1, 2010 |
| Exchange of rebuttal expert reports | 60 days after exchange of expert reports |
| Expert deposition deadline | 60 days after exchange of rebuttal reports |
| Dispositive motion cut-off | No later than 45 days after close of expert discovery |

14        WHEREAS, following the entry of the Discovery Plan, the parties in this action (the

15   "Juniper Action") have engaged in substantial document discovery; and have begun deposition

16   discovery;

17        WHEREAS, in light of the foregoing, counsel for the parties request that the Court

18   schedule a joint case management conference to follow the September 14, 2009 hearing on class

19   certification to address the Discovery Plan deadlines and related discovery matters;

20        WHEREFORE, the parties stipulate, and request the Court to order, as follows:

21       1.    The parties in the Juniper Action shall appear for a case management

22           conference immediately following the 9:00 a.m. September 14, 2009 class

23           certification hearing scheduled before Judge Ware.

24       2.    The parties shall file a joint case management statement on or before

25           September 4, 2009.

27   SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER SCHEDULING CASE MANAGEMENT CONFERENCE
{1964 / STIP / 00097220.DOC v1}

Dated:  August 17, 2009                     LOWEY DANNENBERG COHEN & HART, P.C.

By:        /s/
David C. Harrison
One North Broadway, Suite 509
White Plains, NY  10601-2310
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
*Attorneys for Lead Plaintiffs*

   I, David C. Harrison, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Scheduling Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Joni Ostler has concurred in this filing, and I have her manual signature on file.

Dated:  August 17, 2009                     WILSON SONSINI GOODRICH & ROSATI

By:        /s/
Nicki Locker
Joni Ostler
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
*Counsel for the Juniper Defendants*

   I, David C. Harrison, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Scheduling Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Viviann Stapp has concurred in this filing, and I have her manual signature on file.

Dated:  August 17, 2009                     LATHAM & WATKINS

By:        /s/
David Friedman
Viviann Stapp
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:  415-391-0600
Facsimile:  415-395-8095
*Counsel for Defendant Ernst & Young*

*       *       *

STIPULATION AND [PROPOSED] ORDER SCHEDULING CASE MANAGEMENT CONFERENCE
{1964 / STIP / 00097220.DOC v1}                                                    3

1

2
*** **ORDER** ***

3
    Upon evaluation of the parties' Stipulation, the Court finds that prior to setting a Further

4
Case Management Conference, it would be fruitful for the Court to receive and review the

5
parties' Joint Status Report re: Discovery.  Accordingly, on or before **September 4, 2009**, the

6
parties shall file their Joint Status Report.  The Report shall include, among other things, an

7
update on the parties' discovery efforts and if relevant, any request for modification of the

8
current Case Schedule.  Upon reviewing the parties' Joint Status Report, the Court will set a

9
Conference to coincide with the hearing on Plaintiffs' Motion for Class Certification, if

10
necessary.

11

12
Dated:  September 1, 2009

13
                                _____

JAMES WARE

14
                                United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28