1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12    IN RE JUNIPER NETWORKS, INC.          )      Case No.: C 06-4327 JW (PVT)
      SECURITIES LITIGATION                 )
13                                          )      **ORDER DENYING DEFENDANT ERNST &**
                                            )      **YOUNG'S MOTION FOR PROTECTIVE**
14                                          )      **ORDER RE RULE 30(B)(6) DEPOSITION;**
                                            )      **AND DENYING AS MOOT THE MOTION TO**
15    _____ )      **SHORTEN TIME**

16          On September 29, 2009, Defendant Ernst & Young filed a motion for protective order

17    regarding a Rule 30(b)(6) deposition, along with a motion to shorten time.  Plaintiffs opposed the

18    motion for protection.  Having reviewed the papers submitted by the parties, the court finds it

19    appropriate to issue this order without oral argument.  Based on the moving papers and the file

20    herein,

21          IT IS HEREBY ORDERED that Defendant Ernst & Young's motion for protection is

22    DENIED.  Defendant Ernst & Young has known of the categories for the Rule 30(b)(6) deposition

23    since August 28, 2009, when Plaintiffs notified them of the categories during their meet and confer

24    efforts to schedule the deposition.  Defendant Ernst & Young has made no showing that it's current

25    designee is unavailable for deposition on the scheduled date.[1]  The fact that the same individual is

26

27          [1]      Counsel's unsupported statements do not constitute a factual showing.  Moreover, during
      a telephone hearing regarding other depositions, counsel for Ernst & Young indicated that the designee
28    needed a ruling in time to catch a 4:00 p.m. flight if his appearance is required.  Thus it appears the
      designee *is* available for his deposition.

                                      ORDER, *page 1*

1  scheduled for a deposition in his individual capacity three weeks later is not grounds for delaying

2  this Rule 30(b)(6) deposition.  Thus, protection under Rule 26(c) is unwarranted.

3       IT IS FURTHER ORDERED that the motion to shorten time is DENIED as moot.

4  Dated: *10/5/09*

5

6  PATRICIA V. TRUMBULL
  United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28