NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
STEVEN GUGGENHEIM, State Bar No. 201386
Email: sguggenheim@wsgr.com
JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants Juniper Networks, Inc.,
Scott Kriens, Pradeep Sindhu, Marcel Gani,
Robert M. Calderoni, Kenneth Goldman,
William R. Hearst III, Stratton Sclavos,
Vinod Khosla, Kenneth Levy and
William R. Stensrud

*DENIED — Judge James Ware (stamp, United States District Court, Northern District of California)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION | CASE NO.: C06-04327-JW |
| This Document Relates To: All Actions | **STIPULATION AND [PROPOSED] ORDER FOR SHORTENED TIME FOR HEARING MOTION TO CONSOLIDATE RELATED CASES** |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, THE TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, THE NEW YORK CITY FIRE DEPARTMENT PENSION FUND, THE NEW YORK CITY POLICE PENSION FUND, THE NEW YORK CITY POLICE SUPERIOR OFFICERS' VARIABLE SUPPLEMENTS FUND, THE NEW YORK CITY POLICE OFFICERS' VARIABLE SUPPLEMENTS FUND, THE NEW YORK CITY FIREFIGHTERS' VARIABLE SUPPLEMENTS FUND, AND THE NEW | CASE NO.: CV-08-0246-JW |

STIPULATION AND [PROPOSED] ORDER FOR
SHORTENED TIME FOR HEARING MOTION TO
CONSOLIDATE RELATED CASES
CASE NO. C06-04327-JW AND
CASE NO. CV-08-0246-JW

| | |
|---|---|
| YORK CITY FIRE OFFICERS' VARIABLE SUPPLEMENTS FUND, AND THE NEW YORK CITY TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK VARIABLE ANNUITY PROGRAM, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LISA C. BERRY, | ) ) |
| Defendant. | ) ) ) ) ) ) |

STIPULATION AND [PROPOSED] ORDER FOR SHORTENED TIME FOR HEARING MOTION TO CONSOLIDATE RELATED CASES
CASE NO. C06-04327-JW AND
CASE NO. CV-08-0246-JW

1  WHEREAS, defendant Juniper Networks, Inc. and individual defendants Scott
2  Kriens, Pradeep Sindhu, Marcel Gani, Robert Calderoni, Kenneth Goldman, William R.
3  Hearst, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud
4  (collectively, the "Juniper Defendants") filed a Motion to Consolidate Related Cases
5  ("Motion to Consolidate") on October 6, 2009;

6  WHEREAS, the New York City Employees' Retirement System, *et al*. v. Berry case
7  (the "Berry Action") is currently scheduled for a case management conference on October
8  19, 2009, and a decision on the Motion to Consolidate has bearing on the issues to be
9  discussed at that case management conference;

10  WHEREAS, in the interests of efficiency for the Court and the parties, the parties
11  propose that the Motion to Consolidate should be considered at the same time as the case
12  management conference on October 19, 2009, and the parties have agreed to an expediting
13  briefing schedule to accomplish this;

14  NOW THEREFORE, the parties hereby stipulate, and request that the Court order, as
15  follows:

16  1.  Any responses to the Motion to Consolidate, whatever those responses may
17  be, shall be filed (and served on all other parties via email) no later than noon Pacific time on
18  October 12, 2009;

19  2.  Any reply in support of the Motion to Consolidate shall be filed by October
20  14, 2009; and

21
22
23
24
25
26
27
28  STIPULATION AND [PROPOSED] ORDER RE        -1-
    BRIEFING ON MOTION TO CONSOLIDATE
    RELATED CASES
    CASE NO. C06-04327-JW AND
    CASE NO. CV-08-0246-JW

3. A hearing on the Motion to Consolidate shall be held on October 19, 2009 at 9:00 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: October 6, 2009 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>NINA F. LOCKER<br>STEVEN GUGGENHEIM<br>JONI OSTLER |

/s/ Joni Ostler

Joni Ostler
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud*

| | |
|---|---|
| DATED: October 6, 2009 | BARBARA J. HART<br>DAVID C. HARRISON<br>LOWEY DANNENBERG COHEN & HART, P.C. |

/s/ David C. Harrison

DAVID C. HARRISON
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Lead Counsel for Lead Plaintiff*

WILLEM F. JONCKHEER
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, CA  94111
Telephone:  415-788-4220

*Local Counsel for Lead Plaintiff*

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON MOTION TO CONSOLIDATE RELATED CASES
CASE NO. C06-04327-JW AND
CASE NO. CV-08-0246-JW

-2-

| | | |
|---|---|---|
| 1 | DATED October 6, 2009 | PETER A. WALD |
| 2 | | PATRICK E. GIBBS |
| | | DAVID M. FRIEDMAN |
| 3 | | ANDREW M. FARTHING |
| | | LATHAM & WATKINS LLP |

                                          /s/ David M. Friedman
                                       DAVID M. FRIEDMAN
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600

*Counsel for Defendant Ernst & Young LLP*

DATED October 6, 2009               MELINDA HAAG
                                               JAMES N. KRAMER
                                               NANCY E. HARRIS
                                               REBECCA F. LUBENS
                                               ORRICK, HERRINGTON & SUTCLIFFE LLP

                                          /s/ Rebecca F. Lubens
                                       REBECCA F. LUBENS
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700

*Counsel for Defendant Lisa C. Berry*

\* \* \*

IT IS SO ORDERED.

Dated: _____     _____
                                                           Honorable JAMES WARE

[Stamp: DENIED — Judge James Ware — United States District Court, Northern District of California]

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON MOTION TO CONSOLIDATE RELATED CASES
CASE NO. C06-04327-JW AND CASE NO. CV-08-0246-JW        -3-

## ECF CERTIFICATION

I, Joni Ostler, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR SHORTENED TIME FOR HEARING MOTION TO CONSOLIDATE RELATED CASES. In compliance with General Order 45.X.B, I hereby attest that David C. Harrison, David M. Friedman and Rebecca F. Lubens have all concurred in this filing.

Dated October 6, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:      /s/ Joni Ostler
         Joni Ostler

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING ON MOTION TO CONSOLIDATE
RELATED CASES
CASE NO. C06-04327-JW AND
CASE NO. CV-08-0246-JW

-4-