LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  David M. Friedman (Bar No. 209214)
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

LATHAM & WATKINS LLP
  Patrick E. Gibbs (Bar No. 183174)
  Andrew M. Farthing (Bar No. 237565)
140 Scott Drive
Menlo Park, California  94025
Telephone:  +1.650.328.4600
Facsimile:  +1.650.463.2600

Attorneys for Defendant
Ernst & Young LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW<br><br>**STIPULATION AND [PROPOSED] ORDER RENOTICING HEARING ON LEAD PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT ERNST & YOUNG LLP** *as modified by court*<br><br>Before:  Hon. Patricia V. Trumbull |

1  This Stipulation is entered into by and among Lead Plaintiff the New York City Pension
2  Funds and Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani,
3  Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla,
4  Kenneth Levy, William R. Stensrud (the "Juniper Defendants") and Defendant Ernst & Young
5  LLP ("EY"), by and through their respective attorneys of record.
6  WHEREAS, the date noticed for Lead Plaintiff's Motion for Sanctions Against
7  Defendant Ernst & Young LLP is not convenient for all parties, and all parties prefer January 5,
8  2010;
9  IT IS SO STIPULATED that Lead Plaintiff's Motion for Sanctions Against Defendant
10  Ernst & Young LLP shall be heard on January ~~5~~ 12, 2010 at 10:00 a.m.

12  DATED: November 24, 2009

LOWEY DANNENBERG COHEN & HART, P.C.

/S/ Todd Garber
─────────────────────────────
BARBARA J. HART
DAVID C. HARRISON
JEANNE D'ESPOSITO
TODD GARBER
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-997-0500 (telephone)
914-997-0035 (facsimile)

*Counsel for Lead Plaintiff*


WILLEM F. JONCKHEER
SCHUBERT JONCKHEER KOLBE
   & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
415-788-4220 (telephone)
415-788-0161 (facsimile)

*Local Counsel*

STIPULATION AND [PROPOSED] ORDER RENOTICING HEARING ON LEAD PLAINTIFF'S MOTION FOR SANCTIONS–CASE NO. 06-04327-JW          1
SV\698327.1

|   |   |
|---|---|
| 1 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | /S/ Joni Ostler |
|   | NINA F. LOCKER |
| 3 | STEVEN GUGGENHEIM |
|   | JONI OSTLER |
| 4 | 650 Page Mill Road |
|   | Palo Alto, CA  94304-1050 |
| 5 | 650-493-9300 (telephone) |
|   | 650-565-5100 (facsimile) |
| 6 |   |
| 7 | *Counsel for the Juniper Defendants* |
|   | LATHAM & WATKINS LLP |
| 8 |   |
| 9 |   |
| 10 | /S/ Andrew M. Farthing |
|   | PETER A. WALD |
| 11 | PATRICK E. GIBBS |
|   | DAVID M. FRIEDMAN |
| 12 | ANDREW FARTHING |
|   | 505 Montgomery Street, Suite 2000 |
| 13 | San Francisco, CA  94111 |
|   | Telephone: 415-391-0600 |
| 14 | *Counsel for Defendant Ernst & Young LLP* |

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS ORDERED.

DATED: November __30__, 2009

_____
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RENOTICING HEARING ON LEAD PLAINTIFF'S MOTION FOR SANCTIONS–CASE NO. 06-04327-JW

SV\698327.1

2