NINA F. LOCKER, State Bar # 123838
Email: nlocker@wsgr.com
STEVEN GUGGENHEIM, State Bar # 201386
Email: sguggenheim@wsgr.com
JONI OSTLER, State Bar # 230009
Email: jostler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud (the "Juniper Defendants")*

JEFFREY B. RUDMAN (*Pro Hac Vice*)
Email: jeffrey.rudman@wilmerhale.com
EMILY R. SCHULMAN (*Pro Hac Vice*)
Email: emily.schulman@wilmerhale.com
WILMER CUTLER PICKERING HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

JONATHAN A. SHAPIRO (*Pro Hac Vice*)
WILMER CUTLER PICKERING HALE and DORR LLP
Email: jonathan.shapiro@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Co-Counsel for Defendant Juniper Networks, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION<br><br>_____<br>This Document Relates To:<br><br>All Actions<br>_____ | CASE NO.: C06-04327-JW (PVT)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE THE JUNIPER DEFENDANTS' SECOND SET OF REQUESTS FOR ADMISSION AND SIXTH SET OF INTERROGATORIES<br><br>BEFORE: Hon. Patricia V. Trumbull |

This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds and Defendant Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud (the "Juniper Defendants"), by and through their respective attorneys of record.

WHEREAS, on November 30, 2009, Lead Plaintiff served its Responses and Objections to the Juniper Defendants' Second Set of Requests for Admission and Sixth Set of Interrogatories (collectively, "Requests");

WHEREAS, the parties met and conferred on December 2, 2009, and Lead Plaintiff agreed to serve amended responses to the Requests on or before January 11, 2010;

WHEREAS, pursuant to the same meet and confer, the parties also agreed that if the Juniper Defendants believe Lead Plaintiff's amended responses are still deficient, and the parties cannot resolve the dispute through further meet and confers, the Juniper Defendants may file and serve a motion to compel further responses to the Requests within ten days from the date on which the parties reach an impasse, but in no event later than January 29, 2010.

THEREFORE, the parties stipulate, and request that the Court order, as follows:

If the parties have disputes regarding the sufficiency of Lead Plaintiff's responses to the Juniper Defendants' Second Set of Requests for Admission and Sixth Set of Interrogatories that cannot be resolved through meet and confers, the Juniper Defendants may file and serve a motion to compel further responses to the Second Set of Requests for Admission and Sixth Set of Interrogatories within ten days from the date on which the parties reach an impasses, but in no event later than January 29, 2010, and such motion will not be deemed untimely.

Respectfully submitted,

Dated:  December 3, 2009          WILSON SONSINI GOODRICH & ROSATI

By: ___/s/ Joni Ostler_____
        Joni Ostler

*Counsel for the Juniper Defendants*

STIP. AND [PROPOSED] ORDER RE JUNIPER
NETWORKS, INC.'S 2ND SET REQUESTS FOR ADM.
& 6TH SET INTERROGATORIES
CASE NO. C06-04327-JW (PVT)

-1-

| | |
|---|---|
| Dated: December 3, 2009 | LOWEY DANNENBERG COHEN & HART, P.C. |
| | By:    /s/ Deborah Rogozinski |
| | Deborah Rogozinski |
| | *Counsel for Lead Plaintiff* |

\*   \*   \*

O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    12/7/09

*(signature)*
PATRICIA V. TRUMBULL
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER RE JUNIPER NETWORKS, INC.'S 2ND SET REQUESTS FOR ADM. & 6TH SET INTERROGATORIES
CASE NO. C06-04327-JW (PVT)

-2-