| | |
|---|---|
| NINA F. LOCKER, State Bar # 123838<br>Email: nlocker@wsgr.com<br>STEVEN GUGGENHEIM, State Bar # 201386<br>Email: sguggenheim@wsgr.com<br>JONI OSTLER, State Bar # 230009<br>Email: jostler@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br><br>*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud* | JEFFREY B. RUDMAN (*Pro Hac Vice*)<br>Email: jeffrey.rudman@wilmerhale.com<br>EMILY R. SCHULMAN (*Pro Hac Vice*)<br>Email: emily.schulman@wilmerhale.com<br>WILMER CUTLER PICKERING HALE and DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:   (617) 526-5000<br><br>JONATHAN A. SHAPIRO (*Pro Hac Vice*)<br>WILMER CUTLER PICKERING HALE and DORR LLP<br>Email: jonathan.shapiro@wilmerhale.com<br>1117 California Avenue<br>Palo Alto, CA  94304<br>Telephone:   (650) 858-6000<br>Facsimile:    (650) 858-6100<br><br>*Co-Counsel for Defendant Juniper Networks, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION<br><br>_____<br>This Document Relates To:<br><br>All Actions | CASE NO.: C06-04327-JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER RE JUNIPER NETWORKS, INC.'S FIFTH SET OF INTERROGATORIES (NOS. 16-32)<br><br>BEFORE:  Hon. Patricia V. Trumbull |

STIPULATION AND [PROPOSED] ORDER RE
JUNIPER NETWORKS, INC.'S FIFTH SET OF
INTERROGATORIES (NOS. 16-32)
CASE NO. C06-04327-JW (PVT)

1    This Stipulation is entered into by and among Lead Plaintiff the New York City Pension
2 Funds and Defendant Juniper Networks, Inc. ("Juniper"), by and through their respective
3 attorneys of record.
4    WHEREAS, on November 13, 2009, Lead Plaintiff served its Responses and Objections
5 to Juniper's Fifth Set of Interrogatories (Nos. 16-32) ("Fifth Set of Interrogatories");
6    WHEREAS, the parties met and conferred on November 20, 2009, and Lead Plaintiff
7 agreed to serve amended responses to Juniper's Fifth Set of Interrogatories on or before
8 December 31, 2009;
9    WHEREAS, pursuant to the same meet and confer, the parties agreed that if Juniper
10 believes Lead Plaintiff's amended responses are still deficient, and the parties cannot resolve the
11 dispute through further meet and confers, Juniper may file and serve a motion to compel further
12 responses to its Fifth Set of Interrogatories within ten days from the date on which the parties
13 reach an impasse, but in no event later than January 29, 2010.
14    THEREFORE, the parties stipulate, and request that the Court order, as follows:
15    If the parties have disputes regarding the sufficiency of Lead Plaintiffs' responses to
16 Juniper's Fifth Set of Interrogatories that cannot be resolved through meet and confers, Juniper
17 may file and serve a motion to compel further responses to the Fifth Set of Interrogatories within
18 ten days from the date on which the parties reach an impasses, but in no event later than January
19 29, 2010, and such motion will not be deemed untimely.

20                                              Respectfully submitted,
21 Dated:  December 1, 2009                     WILSON SONSINI GOODRICH & ROSATI
22
                                                By:   /s/ Joni Ostler
23                                                       Joni Ostler
24                                              *Counsel for Juniper Networks, Inc.*

| | |
|---|---|
| Dated: December 1, 2009 | LOWEY DANNENBERG COHEN & HART, P.C. |
| | By: ___/s/ David Harrison___ |
| | David Harrison |
| | *Counsel for Lead Plaintiff* |

\*   \*   \*

O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   12/8/09

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge