LATHAM & WATKINS LLP
    Peter A. Wald (Bar No. 85705)
    David M. Friedman (Bar No. 209214)
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
    Patrick E. Gibbs (Bar No. 183174)
    Andrew M. Farthing (Bar No. 237565)
140 Scott Drive
Menlo Park, California  94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Defendant
Ernst & Young LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' RESPONSES AND OBJECTIONS TO ERNST & YOUNG LLP'S FIRST SET OF INTERROGATORIES**<br><br>Before:  Hon. Patricia V. Trumbull |

STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' RESPONSES TO ERNST & YOUNG LLP'S FIRST SET OF INTERROGATORIES–CASE NO. 06-04327-JW

SV\699499.1

This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds and Defendant Ernst & Young LLP ("EY"), by and through their respective attorneys of record.

WHEREAS, on November 30, 2009, Lead Plaintiff served its Responses and Objections to EY's First Set of Interrogatories (the "First Set of Interrogatories");

WHEREAS, the parties met and conferred on December 2 and 3, 2009, and Lead Plaintiff agreed to serve amended responses to the First Set of Interrogatories on or before January 15, 2009;

WHEREAS, pursuant to the same meet and confer, Lead Plaintiff and EY agreed that if EY believes Lead Plaintiff's amended responses are still deficient, and the parties cannot resolve the dispute through further meet and confers, EY may file and serve a motion to compel further responses to the First Set of Interrogatories no later than January 29, 2010;

THEREFORE, Lead Plaintiff and EY stipulate, and request that the Court order that if the parties have disputes regarding the sufficiency of Lead Plaintiff's responses to the First Set of Interrogatories that cannot be mutually resolved, EY may file and serve a motion to compel further responses to the First Set of Interrogatories no later than January 29, 2010, and such motion will not be deemed untimely.

DATED: December 7, 2009

                                            LOWEY DANNENBERG COHEN & HART, P.C.

/s/ David C. Harrison
BARBARA J. HART
DAVID C. HARRISON
JEANNE D'ESPOSITO
TODD GARBER
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-997-0500 (telephone)
914-997-0035 (facsimile)

*Counsel for Lead Plaintiff*

STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' RESPONSES TO ERNST & YOUNG LLP'S FIRST SET OF INTERROGATORIES–CASE NO. 06-04327-JW     1

SV\699499.1

WILLEM F. JONCKHEER
SCHUBERT JONCKHEER KOLBE
 & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
415-788-4220 (telephone)
415-788-0161 (facsimile)

*Local Counsel*

LATHAM & WATKINS LLP

/S/ Andrew M. Farthing
PETER A. WALD
PATRICK E. GIBBS
DAVID M. FRIEDMAN
ANDREW FARTHING
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: 415-391-0600

*Counsel for Defendant Ernst & Young LLP*

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS ORDERED.

DATED: December _9_, 2009

_____
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' RESPONSES TO ERNST & YOUNG LLP'S FIRST SET OF INTERROGATORIES–CASE NO. 06-04327-JW

2

SV\699499.1