BARBARA HART (*pro hac vice*)
DAVID C. HARRISON (*pro hac vice*)
JEANNE D'ESPOSITO (*pro hac vice*)
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone: 914-997-0500
Facsimile:  914-997-0035

*Lead Counsel for the New York City Pension Funds and the Putative Class*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile:  415-778-0160

*Local Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW  **STIPULATION AND ORDER ALLOWING DEPOSITIONS TO PROCEED AFTER THE DECEMBER 1, 2009 DISCOVERY CUTOFF, AS MODIFIED BY THE COURT** |

1  This Stipulation is entered into by and among Lead Plaintiff the New York City Pension
2  Funds and Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani,
3  Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla,
4  Kenneth Levy, and William R. Stensrud (the "Juniper Defendants"), by and through their
5  respective attorneys of record.
6  WHEREAS, on November 13, 2009, Lead Plaintiff filed a Motion for Sanctions against
7  Defendant Ernst & Young in which Lead Plaintiff has requested, *inter alia*, that the Court permit
8  it to recall Juniper and Ernst & Young witnesses after Lead Plaintiff finished reviewing
9  documents Ernst & Young had recently produced;
10  WHEREAS, shortly after Lead Plaintiff filed the Motion for Sanctions referenced above,
11  the Juniper Defendants offered, and Lead Plaintiff agreed, to adjourn the depositions of certain
12  Juniper witnesses (Bill Carey, Ken Goldman and Marcel Gani) so that Lead Plaintiff could finish
13  its review of Ernst & Young documents and complete those depositions in a single sitting, and
14  the Juniper Defendants agreed that such depositions could take place after the December 1, 2009
15  discovery deadline if necessary;
16  WHEREAS, for separate reasons, Lead Plaintiff and the Juniper Defendants agreed that
17  the depositions of William Hearst, Robert Calderoni, Luke Fewel, and Ken Levy could take
18  place after the December 1, 2009 discovery deadline;
19  WHEREAS, in addition, the Magistrate has pending before her Lead Plaintiff's motion
20  for leave to take additional depositions (the "Additional Depositions"), the number of which is
21  not yet resolved;
22  WHEREAS, the Lead Plaintiff has requested that, if the Magistrate grants their motion
23  for Additional Depositions, or if the parties agree between themselves as to the number of such
24  additional depositions, it be allowed to complete those Additional Depositions in December 2009
25  and January 2010 notwithstanding the December 1, 2009 discovery deadline, and the Juniper
26  Defendants do not oppose that request;
27  WHEREAS, the parties agree that the above scheduling will foreclose the possibility of
28

1  proceeding with the expert discovery deadlines set forth in the Stipulated Discovery Plan [Dkt.
2  No. 179] as currently ordered, and request that the Court adjourn those deadlines and convene a
3  status conference in February 2010 to address those deadlines;
4    THEREFORE, the parties stipulate, and request the Court to enter an order, that:
5    Notwithstanding the December 1, 2009 discovery deadline, Lead Plaintiff may
6  complete the above-referenced depositions of Bill Carey, Ken Goldman, Marcel Gani, William
7  Hearst, Robert Calderoni, Luke Fewel, and Ken Levy, plus any Additional Depositions granted
8  to Lead Plaintiff by the Magistrate or agreed to by the Juniper Defendants, in the months of
9  December 2009 and January 2010.

11 DATED: November 23, 2009

           LOWEY DANNENBERG COHEN & HART, P.C.

           /S/
           BARBARA J. HART
           DAVID C. HARRISON
           JEANNE D'ESPOSITO
           One North Broadway, 5th Floor
           White Plains, NY  10601-2310
           914-997-0500 (telephone)
           914-997-0035 (facsimile)

           *Counsel for Lead Plaintiff*


           WILLEM F. JONCKHEER
           SCHUBERT JONCKHEER KOLBE
            & KRALOWEC LLP
           Three Embarcadero Center, Suite 1650
           San Francisco, CA 94111
           415-788-4220 (telephone)
           415-788-0161 (facsimile)

           *Local Counsel*

STIPULATION AND ORDER ALLOWING CERTAIN DEPOSITIONS AFTER THE DECEMBER 1, 2009
DISCOVERY CUTOFF –CASE NO. 06-04327-JW            2

{0856 / MISC / 00098915.DOC v1}

WILSON SONSINI GOODRICH & ROSATI

/S/
NINA F. LOCKER
STEVEN GUGGENHEIM
JONI OSTLER
650 Page Mill Road
Palo Alto, CA  94304-1050
650-493-9300 (telephone)
650-565-5100 (facsimile)

*Counsel for the Juniper Defendants*

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS ORDERED.

DATED:        December _18__, 2009        *Patricia V. Trumbull*
                                          Magistrate Judge