| | |
|---|---|
| NINA F. LOCKER, # 123838<br>Email: nlocker@wsgr.com<br>STEVEN GUGGENHEIM, # 201386<br>Email: sguggenheim@wsgr.com<br>JONI OSTLER, # 230009<br>Email: jostler@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud (the "Juniper Defendants")* | JEFFREY B. RUDMAN (*Pro Hac Vice*)<br>Email: jeffrey.rudman@wilmerhale.com<br>EMILY R. SCHULMAN (*Pro Hac Vice*)<br>Email: emily.schulman@wilmerhale.com<br>WILMER CUTLER PICKERING HALE and DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>JONATHAN A. SHAPIRO (*Pro Hac Vice*)<br>WILMER CUTLER PICKERING HALE and DORR LLP<br>Email: jonathan.shapiro@wilmerhale.com<br>1117 California Avenue<br>Palo Alto, CA  94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Co-Counsel for Defendant Juniper Networks, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION<br><br>_____<br>This Document Relates To:<br>All Actions<br>_____ | CASE NO.: C06-04327-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS IN LIGHT OF MEDIATION** |

1 WHEREAS, Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert Calderoni, Kenneth Goldman, William R. Hearst, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud (collectively, the "Juniper Defendants") filed a Motion for Judgment on the Pleadings on September 2, 2009;

WHEREAS, the Juniper Defendants noticed the Motion for Judgment on the Pleadings for hearing on November 2, 2009;

WHEREAS, pursuant to stipulation and order dated October 22, 2009, the hearing on the Motion for Judgment on the Pleadings was continued to February 1, 2010, to give the parties time to explore the possibility of participating in a second mediation;

WHEREAS, the Juniper Defendants and Lead Plaintiff have scheduled a settlement mediation to take place on February 4 – 5, 2010;

WHEREAS, the parties believe it is appropriate to further continue the hearing on the Motion for Judgment on the Pleadings until after the mediation has taken place;

NOW THEREFORE, pursuant to Civil Local Rules 6-1(b) and 7-7(b)(2), and in light of the scheduled mediation, the parties hereby request that the Court order that the hearing for the Juniper Defendants' Motion for Judgment on the Pleadings be continued from February 1, 2010 at 9:00 a.m. to March 15, 2010 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: January 5, 2010

WILSON SONSINI GOODRICH & ROSATI, P.C.
NINA F. LOCKER
STEVEN GUGGENHEIM
JONI OSTLER

       /s/ Nina F. Locker
NINA F. LOCKER
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud*

STIP. AND [PROP.] ORDER CONTINUING HRG FOR MOT. FOR JUDG. ON PLDGS. IN LIGHT OF MEDIATION
CASE NO. C06-04327-JW

-1-

1
2   DATED: January 5, 2010                    BARBARA J. HART
                                              DAVID C. HARRISON
3                                             LOWEY DANNENBERG COHEN & HART, P.C.
4
5                                                     /s/ David C. Harrison
                                              DAVID C. HARRISON
6                                             One North Broadway, 5th Floor
                                              White Plains, NY  10601-2310
7                                             914-733-7228 (telephone)
                                              914-997-0035 (facsimile)
8
9                                             *Lead Counsel for Lead Plaintiff*
10                                            WILLEM F. JONCKHEER
                                              SCHUBERT & REED LLP
11                                            Two Embarcadero Center, Suite 1050
                                              San Francisco, CA  94111
12                                            Telephone:  415-788-4220
13                                            *Local Counsel for Lead Plaintiff*
14
15                                        *       *       *
16        IT IS SO ORDERED.
17   Dated:   January 12, 2010
                                              _____
18                                            The Honorable JAMES WARE
19
20
21
22
23
24
25
26
27
28
     STIP. AND [PROP.] ORDER CONTINUING HRG FOR        -2-
     MOT. FOR JUDG. ON PLDGS. IN LIGHT OF
     MEDIATION
     CASE NO. C06-04327-JW

**ECF CERTIFICATION**

I, Joni Ostler, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS IN LIGHT OF MEDIATION.  In compliance with General Order 45.X.B, I hereby attest that Nina F. Locker and David C. Harrison have concurred in this filing.

| | |
|---|---|
| Dated  January 5, 2010 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By:       /s/ Joni Ostler<br>            Joni Ostler |