| | |
|---|---|
| NINA F. LOCKER, # 123838<br>Email: nlocker@wsgr.com<br>STEVEN GUGGENHEIM, # 201386<br>Email: sguggenheim@wsgr.com<br>JONI OSTLER, # 230009<br>Email: jostler@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud (the "Juniper Defendants")* | JEFFREY B. RUDMAN (*Pro Hac Vice*)<br>Email: jeffrey.rudman@wilmerhale.com<br>EMILY R. SCHULMAN (*Pro Hac Vice*)<br>Email: emily.schulman@wilmerhale.com<br>WILMER CUTLER PICKERING HALE and DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>JONATHAN A. SHAPIRO (*Pro Hac Vice*)<br>WILMER CUTLER PICKERING HALE and DORR LLP<br>Email: jonathan.shapiro@wilmerhale.com<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Co-Counsel for Defendant Juniper Networks, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION<br><br>_____<br>This Document Relates To:<br><br>All Actions<br>_____ | CASE NO.: C06-04327-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR EXCHANGE OF EXPERT REPORTS** |

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE FOR EXCHANGE OF
EXPERT REPORTS
CASE NO. C06-04327-JW (PVT)

1   This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds, Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy, and William R. Stensrud (the "Juniper Defendants"), and Defendant Ernst & Young LLP ("EY"), by and through their respective attorneys of record.

WHEREAS, the Stipulated Discovery Plan entered in this action on November 17, 2008 (Dkt. No. 179) provides that the parties shall exchange expert reports on February 1, 2010, rebuttal expert reports sixty (60) days thereafter, and shall complete expert depositions sixty (60) days after the exchange of rebuttal reports;

WHEREAS, the parties have agreed, and Magistrate Judge Trumbull has ordered, that certain depositions take place in December 2009 and January 2010 notwithstanding the close of fact discovery on December 1, 2009;

WHEREAS, Lead Plaintiff and the Juniper Defendants will participate in settlement mediation on February 4 and 5, 2010;

WHEREAS, for both of the above reasons, the parties agree that the deadline for exchanging expert reports should be continued to March 23, 2010, with the remaining expert discovery deadlines adjusted accordingly;

NOW, THEREFORE, the parties stipulate and request that the Court enter an Order that:

1. The date for the exchange of expert reports set forth in the Stipulated Discovery Plan (Dkt. No. 179) is continued from February 1, 2010 to March 23, 2010;

2. The parties shall exchange rebuttal expert reports sixty (60) days after the exchange of expert reports, and shall complete expert discovery 60 days after the exchange of rebuttal expert reports.

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE FOR EXCHANGE OF
EXPERT REPORTS
CASE NO. C06-04327-JW (PVT)

-1-

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: January 5, 2010 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>NINA F. LOCKER<br>STEVEN GUGGENHEIM<br>JONI OSTLER<br><br>_____/s/ Nina F. Locker_____<br>NINA F. LOCKER<br>650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  650/493-9300<br><br>*Counsel for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud* |
| DATED: January 5, 2010 | PETER A. WALD<br>PATRICK E. GIBBS<br>DAVID M. FRIEDMAN<br>ANDREW M. FARTHING<br>LATHAM & WATKINS LLP<br><br>_____/s/ David M. Friedman_____<br>David M. Friedman<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone: 415/391-0600<br><br>*Counsel for Defendant Ernst & Young LLP* |
| DATED: January 5, 2010 | BARBARA J. HART<br>DAVID C. HARRISON<br>LOWEY DANNENBERG COHEN & HART, P.C.<br><br>_____/s/ Barbara J. Hart_____<br>BARBARA J. HART<br>One North Broadway, 5th Floor<br>White Plains, NY  10601-2310<br>Telephone: 914/733-7228<br><br>*Lead Counsel for Lead Plaintiff*<br><br>WILLEM F. JONCKHEER<br>SCHUBERT & REED LLP<br>Two Embarcadero Center, Suite 1050<br>San Francisco, CA  94111<br>Telephone:  415/788-4220<br><br>*Local Counsel for Lead Plaintiff* |

1           * * *

2   IT IS SO ORDERED.

3   Dated:   January 12, 2010

    _____
4   The Honorable JAMES WARE

STIPULATION AND [PROPOSED] ORDER                      -3-
CONTINUING DEADLINE FOR EXCHANGE OF
EXPERT REPORTS
CASE NO. C06-04327-JW (PVT)

**ECF CERTIFICATION**

I, Joni Ostler, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR EXCHANGE OF EXPERT REPORTS.  In compliance with General Order 45.X.B, I hereby attest that Nina F. Locker, David M. Friedman and Barbara J. Hart have all concurred in this filing.

Dated:  January 5, 2010					WILSON SONSINI GOODRICH & ROSATI
								Professional Corporation


							By:	/s/ Joni Ostler
								Joni Ostler