BARBARA HART (*pro hac vice*)
DAVID C. HARRISON (*pro hac vice*)
JEANNE D'ESPOSITO (*pro hac vice*)
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0035

*Lead Counsel for the New York City Pension Funds and the Putative Class*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile: 415-778-0160

*Local Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFF'S RESPONSES AND OBJECTIONS TO ERNST & YOUNG LLP'S FIRST SET OF INTERROGATORIES**<br><br>BEFORE:   Hon. Patricia V. Trumbull |

STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFF'S RESPONSES AND OBJECTIONS TO
ERNST & YOUNG LLP'S FIRST SET OF INTERROGATORIES – CASE NO. 06-04327-JW

{1964 / STIP / 00099637.DOC v1}

1  This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds and Defendant Ernst & Young LLP ("EY"), by and through their respective attorneys of record.

WHEREAS, on November 30, 2009, Lead Plaintiff served its Responses and Objections to EY's First Set of Interrogatories (the "First Set of Interrogatories");

WHEREAS, pursuant to the Stipulation and Order dated December 9, 2009, the parties agreed that Lead Plaintiff would to supplement its responses to the First Set of Interrogatories no later than January 15, 2010, and that EY would file any motion to compel further responses would no later than January 29, 2010;

WHEREAS, the parties met and conferred on January 12, 2010, regarding Lead Plaintiff's request to extend its time to serve supplemental responses to the First Set of Interrogatories by one week from January 15, 2010 to January 22, 2010, and to correspondingly extend EY's time to move to compel by one week;

THEREFORE, Lead Plaintiff and EY stipulate, and request that the Court order that Lead Plaintiff shall serve supplemental responses to the First Set of Interrogatories by January 22, 2010, and that, if the parties have disputes regarding the sufficiency of Lead Plaintiff's responses to the First Set of Interrogatories that cannot be mutually resolved, EY may file and serve a motion to compel further responses to the First Set of Interrogatories no later than February 5, 2010, and such motion will not be deemed untimely.

STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFF'S RESPONSES AND OBJECTIONS TO ERNST & YOUNG LLP'S FIRST SET OF INTERROGATORIES – CASE NO. 06-04327-JW   1

{1964 / STIP / 00099637.DOC v1}

| | | |
|---|---|---|
| Dated: January 12, 2010 | | LOWEY DANNENBERG COHEN & HART, P.C. |

By: _____/s/_____
David C. Harrison
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
*Attorneys for Lead Plaintiffs*


WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE &
  KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile: 415-778-0160

*Local Counsel*

I, David C. Harrison, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Scheduling Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that David Friedman has concurred in this filing, and I have her manual signature on file.

Dated: January 12, 2010                    LATHAM & WATKINS LLP

By: _____/s/_____
David M. Friedman
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415-391-0600
Facsimile:  415-395-8095
*Counsel for Defendant Ernst & Young LLP*

\*   \*   \*

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED.

DATED: January __21__, 2010                    _____/s/ Patricia V. Trumbull_____
                                                United States Magistrate Judge

Stipulation and [Proposed] Order Regarding Lead Plaintiff's Responses and Objections To Ernst & Young LLP's First Set of Interrogatories – Case No. 06-04327-JW    2

{1964 / STIP / 00099637.DOC v1}