1    BARBARA HART (*pro hac vice*)
     DAVID C. HARRISON (*pro hac vice*)
2    JEANNE D'ESPOSITO (*pro hac vice*)
     LOWEY DANNENBERG COHEN & HART, P.C.
3    One North Broadway, Suite 509
     White Plains, NY 10601-2310
4    Telephone: 914-997-0500
     Facsimile:  914-997-0035

*Lead Counsel for the New York City Pension Funds and the Class*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile:  415-778-0160

*Local Counsel*

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Carolyn Wolpert
100 Church Street
New York, NY 10007
Telephone: 212-788-0748

*Attorneys for the New York City Pension Funds*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW (PVT) |
| | STIPULATION AND [XXXXXXXXXXXX] ORDER RE HEARING ON MOTIONS TO COMPEL PRODUCTION FROM NON-PARTY KLA-TENCOR AND DEFENDANT LISA C. BERRY |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al., | |
| Plaintiffs, | No. C08-0246-JW (PVT) |
| v. | BEFORE:   Hon. Patricia V. Trumbull |
| LISA C. BERRY, | |
| Defendant | |

STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTIONS TO COMPEL PRODUCTION FROM NON-PARTY KLA-TENCOR AND DEFENDANT LISA C. BERRY – CASE NO. 06-04327-JW (PVT)

{1964 / STIP / 00099961.DOC v1}

1    This Stipulation is entered into by and among Lead Plaintiff the New York City Pension
2    Funds, Defendant Lisa C. Berry, and non-party KLA-Tencor ("KLA") by and through their
3    respective attorneys of record.
4    WHEREAS, in order to coordinate the hearing of Lead Plaintiff's motions to compel
5    against Ms. Berry and KLA with other discovery motions that have been rescheduled for
6    February 9, 2010;
7    IT IS HEREBY SO STIPULATED that Lead Plaintiff's motions to compel against Ms.
8    Berry and KLA shall also be heard on February 9, 2010 at 10:00am

Respectfully submitted,

Dated:  January 29, 2010            LOWEY DANNENBERG COHEN & HART, P.C.

                                    By: _____*/s/ David Harrison*_____
                                                David Harrison

                                    *Counsel for Lead Plaintiff*

Dated:  January 29, 2010            ORRICK, HERRINGTON & SUTCLIFFE LLP

                                    By: _____*/s/ Rebecca Lubens*_____
                                                Rebecca Lubens

                                    *Counsel for the Defendant Lisa C. Berry*

Dated:  January 29, 2010            MORGAN LEWIS & BOCKIUS LLP

                                    By: _____*/s/ Michelle Park Chiu*_____
                                                Michelle Park Chiu

                                    *Counsel for Non-Party KLA*

                    *      *      *

{1964 / STIP / 00099961.DOC v1}STIP. AND            -1-
[PROPOSED] ORDER RE MOTIONS TO COMPEL
FROM KLA-TENCOR AND LISA C. BERRY
CASE NO. C06-04327-JW (PVT)

1                                        O R D E R

2            PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  DATED:   January 29, 2010

                                                           PATRICIA V. TRUMBULL
                                                           United States Magistrate Judge

{1964 / STIP / 00099961.DOC v1}STIP. AND [PROPOSED] ORDER RE MOTIONS TO COMPEL FROM KLA-TENCOR AND LISA C. BERRY
CASE NO. C06-04327-JW (PVT)

-2-

## ATTESTATION

I, David Harrison, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RE MOTIONS TO COMPEL PRODUCTION FROM NON-PARTY KLA-TENCOR AND DEFENDANT LISA C. BERRY. In compliance with General Order 45.X.B, I hereby attest that Rebecca Lubens and Michelle Park Chiu concur in this filing.

Dated:  January 29, 2010                         By:    */s/ David Harrison*
                                                                David Harrison