1  NINA F. LOCKER, State Bar # 123838
   Email: nlocker@wsgr.com
2  STEVEN GUGGENHEIM, State Bar #
   201386
3  Email: sguggenheim@wsgr.com
   JONI OSTLER, State Bar # 230009
4  Email: jostler@wsgr.com
   WILSON SONSINI GOODRICH &
5  ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
8
   *Counsel for Defendants Juniper Networks,*
9  *Inc., Scott Kriens, Pradeep Sindhu, Marcel*
   *Gani, Robert M. Calderoni, Kenneth*
10 *Goldman, William R. Hearst III, Stratton*
   *Sclavos, Vinod Khosla, Kenneth Levy and*
11 *William R. Stensrud (the "Juniper*
   *Defendants")*
12

   JEFFREY B. RUDMAN (*Pro Hac Vice*)
   Email: jeffrey.rudman@wilmerhale.com
   EMILY R. SCHULMAN (*Pro Hac Vice*)
   Email: emily.schulman@wilmerhale.com
   WILMER CUTLER PICKERING HALE and
   DORR LLP
   60 State Street
   Boston, MA  02109
   Telephone:  (617) 526-6000
   Facsimile:  (617) 526-5000

   JONATHAN A. SHAPIRO (*Pro Hac Vice*)
   WILMER CUTLER PICKERING HALE and
   DORR LLP
   Email: jonathan.shapiro@wilmerhale.com
   1117 California Avenue
   Palo Alto, CA  94304
   Telephone:     (650) 858-6000
   Facsimile:     (650) 858-6100

   *Co-Counsel for Defendant Juniper Networks,*
   *Inc.*

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                  SAN JOSE DIVISION

16 | In re JUNIPER NETWORKS, INC. | ) | CASE NO.: C06-04327-JW (PVT) |
17 | SECURITIES LITIGATION | ) | |
   | | ) | STIPULATION AND ORDER |
18 | | ) | RE THE JUNIPER DEFENDANTS' |
   | | ) | DISCOVERY REQUESTS |
19 | | ) | |
   | This Document Relates To: | ) | BEFORE:  Hon. Patricia V. Trumbull |
20 | | ) | |
   | All Actions | ) | |
21 | | ) | |
   | | ) | |
22 | | ) | |

23

24

25

26

27

28

1  This Stipulation is entered into by and among Lead Plaintiff the New York City Pension

2  Funds and Defendant Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert

3  M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla,

4  Kenneth Levy and William R. Stensrud (the "Juniper Defendants"), by and through their

5  respective attorneys of record.

6  WHEREAS, pursuant to Stipulations and Orders dated December 7 and 8, 2009, Lead

7  Plaintiff agreed to serve amended responses to the Juniper Defendants' Fifth Set of

8  Interrogatories and the Juniper Defendants' Second Set of Requests for Admission and Sixth Set

9  of Interrogatories (collectively, "Requests"), after which the parties would meet and confer if

10  necessary, and if such further meet and confers were unsuccessful the Juniper Defendants'

11  deadline to file and serve a motion to compel further responses to the Requests was extended to

12  ten days from the date on which the parties reached an impasse, but in no event later than

13  January 29, 2010;

14  WHEREAS, Lead Plaintiff served its amended responses to the Requests on January 11,

15  2010;

16  WHEREAS, in light of the fact that the parties are scheduled to participate in a settlement

17  mediation on February 4-5, 2010, and in the interests of efficiency, the parties have agreed that

18  the Juniper Defendants' deadline to file and serve any motion to compel further responses to the

19  Requests should be further extended to February 12, 2010;

20  THEREFORE, the parties stipulate, and request that the Court order, as follows:

21  If the parties have disputes regarding the sufficiency of Lead Plaintiff's amended

22  responses to the Juniper Defendants' Fifth Set of Interrogatories, and Second Set of Requests for

23  Admission and Sixth Set of Interrogatories that cannot be resolved through meet and confers, the

24  Juniper Defendants may file and serve a motion to compel further responses on or before

25  February 12, 2010, and such motion will not be deemed untimely.

26

27

28

1

Respectfully submitted,

2

Dated:  January 27, 2010

WILSON SONSINI GOODRICH & ROSATI

3

4

By: ___/s/ Joni Ostler_____
          Joni Ostler

5

Counsel for the Juniper Defendants

6

Dated:  January 27, 2010

LOWEY DANNENBERG COHEN & HART, P.C.

7

8

By: ___/s/ David Harrison_____
          David Harrison

9

Counsel for Lead Plaintiff

10

*     *     *

11

O R D E R

12

PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

DATED: ____2/2/10_____

14

PATRICIA V. TRUMBULL
United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28