UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | Case No.: C 06-4327 JW (PVT) |
| | **ORDER SOLICITING ADDITIONAL BRIEFING REGARDING LEAD PLAINTIFF'S MOTION TO COMPEL PRODUCTION FROM DEFENDANT LISA C. BERRY AND LEAD PLAINTIFF'S MOTION TO COMPEL PRODUCTION FROM THIRD-PARTY KLA-TENCOR CORPORATION.** |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al., | |
| Plaintiff, | |
| v. | |
| LISA C. BERRY, | |
| Defendant. | |

On February 9, 2010, parties appeared for a hearing on Lead Plaintiff's Motion to Compel Production from Defendant Lisa C. Berry and Lead Plaintiff's Motion to Compel Production from Third-Party KLA-TENCOR Corporation ("KLA"). Having reviewed the papers and considered the arguments of counsel, the court finds it appropriate to solicit additional briefing.

IT IS HEREBY ORDERED that, no later than February 23, 2010, Lead Plaintiff shall file a supplemental brief explaining how the documents sought from Defendant Lisa Berry and non-party KLA are relevant to its claim against Defendant Ernst & Young, or to any of Ernst & Young's defenses. Defendants and non-party KLA may file a response to the Lead Plaintiff's brief no later than March 9, 2010.

Dated: *2/9/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge