BARBARA HART (*pro hac vice*)
DAVID C. HARRISON (*pro hac vice*)
JEANNE D'ESPOSITO (*pro hac vice*)
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0035

*Lead Counsel for the New York City Pension Funds and the Class*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile: 415-778-0160

*Local Counsel*

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Carolyn Wolpert
100 Church Street
New York, NY 10007
Telephone: 212-788-0748

*Attorneys for the New York City Pension Funds*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW (PVT) **LEAD PLAINTIFF'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR SANCTIONS AGAINST DEFENDANT ERNST & YOUNG** |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al., Plaintiffs, v. LISA C. BERRY, Defendant | No. C08-0246-JW (PVT) BEFORE: Hon. Patricia V. Trumbull |

LEAD PLAINTIFF'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR
SANCTIONS AGAINST DEFENDANT ERNST & YOUNG – CASE NO. 06-04327-JW (PVT)

{1964 / STIP / 00100184.DOC v1}

Pursuant to the Court's order dated January 28, 2010, Lead Plaintiff the New York City Pension Funds, makes this supplemental submission in support of the motion for sanctions against defendant Ernst & Young LLP ("EY"). Lead Plaintiff has selected eight documents from EY's November 2009 production that, if timely produced, would have led to multiple lines of questioning and/or discovery requests. A description of each document, the type of discovery sought, and the respective lines of questioning, are set forth in Schedule A attached hereto.

For the Court's convenience, copies of the documents referenced in Schedule A are attached to the accompanying Declaration of David C. Harrison.

Respectfully Submitted,

Dated: February 11, 2010

LOWEY DANNENBERG COHEN & HART, P.C.

/S/
BARBARA J. HART
DAVID C. HARRISON
One North Broadway, 5th Floor
White Plains, NY 10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Counsel for Lead Plaintiff*

WILLEM F. JONCKHEER
SCHUBERT JONCKHEER KOLBE
  & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
415-788-4220 (telephone)
415-788-0161 (facsimile)

*Local Counsel*