BARBARA HART (*pro hac vice*)
DAVID C. HARRISON (*pro hac vice*)
JEANNE D'ESPOSITO (*pro hac vice*)
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0035

*Lead Counsel for the New York City Pension Funds and the Putative Class*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile: 415-778-0160

*Local Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW<br><br>**DECLARATION OF DAVID C. HARRISON IN SUPPORT OF LEAD PLAINTIFF'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR SANCTIONS AGAINST DEFENDANT ERNST & YOUNG**<br><br>Date:    March 2, 2010<br>Time:    10:00 am<br>BEFORE:    Hon. Patricia V. Trumbull |

1  I, DAVID HARRISON, declare pursuant to 28 U.S.C. § 1746 that:

2  1. I am a shareholder with the law firm of Lowey Dannenberg Cohen & Hart, P.C., counsel of record for Lead Plaintiff NYC Pension Funds ("Lead Plaintiff"). I make this declaration in support of Lead Plaintiff's Supplemental Submission In Support Of Motion For Sanctions Against Defendant Ernst & Young ("Supplemental Submission"). I have personal knowledge of the facts set forth below, and, if called as a witness, could and would testify competently thereto.

2. On November 11, 2009, the day before filing its motion for sanctions, counsel for Lead Plaintiff, Barbara Hart and David Harrison met and conferred with counsel for E&Y via telephone to discuss E&Y's massive late production of documents. During the meet and confer, Ms. Hart conveyed to E&Y's counsel that Lead Plaintiff intended to file a motion for sanctions against E&Y.

3. Attached hereto as Exhibit 1 is a true and correct copy of a document titled "Audit Considerations Checklist for 2006 Audit Engagements" (EY-JNPR-TEAM-043316-37).

4. Attached hereto as Exhibit 2 is a true and correct copy of a document titled "Risks for which Controls Must Be Addressed" dated 12/31/2006 (EY-JNPR-DF-KKAN-018952-57).

5. Attached hereto as Exhibit 3 is a true and correct copy of hand-written notes titled "Juniper Options Review (EY-JNPR-TEAM-042410-11).

6. Attached hereto as Exhibit 4 is a true and correct copy of 1/2/2007 email from Robert Browne to Ginnie Carlier re "Fw: OCA letters/technical memoranda and meetings with National", and attached forwarded emails therein (EY-JNPR-DF-SLAZ-041328-30).

7. Attached hereto as Exhibit 5 is a true and correct copy of a document titled "Draft Integrated Audit Results & Communications Report to the Audit Committee of the Board of Directors" dated 2/27/2007 (EY-JNPR-DF-KKAN-002125-63).

8. Attached hereto as Exhibit 6 is a true and correct copy of hand-written notes (EY-JNPR-TEAM-040909).

9. Attached hereto as Exhibit 7 is a true and correct copy of a chart identifying E&Y personnel privy to information about Juniper/NetScreen Merger, with handwriting (EY-JNPR-TEAM-038826-28).

10. Attached hereto as Exhibit 8 is a true and correct copy of Listing of Regulatory Communications with SEC/DOJ NASDAQ regarding stock options investigation (EY-JNPR-DF-FMIH-148867).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of February, 2010 in White Plains, New York.

*/s/ David Harrison*
DAVID HARRISON

DECLARATION OF DAVID HARRISON IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO AMEND THE NOVEMBER 17, 2008 STIPULATED DISCOVERY PLAN – CASE NO. 06-04327-JW
{1964 / DECL / 00100217.DOC v1}

2