1  BARBARA HART (*pro hac vice*)
   DAVID C. HARRISON (*pro hac vice*)
2  JEANNE D'ESPOSITO (*pro hac vice*)
   LOWEY DANNENBERG COHEN & HART, P.C.
3  One North Broadway, Suite 509
   White Plains, NY 10601-2310
4  Telephone: 914-997-0500
   Facsimile: 914-997-0035

*Lead Counsel for the New York City Pension Funds and the Class*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile: 415-778-0160

*Local Counsel*

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Carolyn Wolpert
100 Church Street
New York, NY 10007
Telephone: 212-788-0748

*Attorneys for the New York City Pension Funds*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW (PVT) <br><br> STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTION FOR PRELIMINARY APPROVAL AND TAKING MOTION FOR JUDGMENT ON THE PLEADINGS OFF CALENDAR |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LISA C. BERRY, <br><br> Defendant | No. C08-0246-JW (PVT) <br><br> BEFORE: Hon. James Ware |

STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTION FOR PRELIMINARY APPROVAL AND TAKING OFF CALENDAR THE MOTION FOR JUDGMENT ON THE PLEADINGS– CASE No. 06-04327-JW (PVT)

{1964 / STIP / 00100187.DOC v1}

1  This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds, defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy, and William R. Stensrud (the "Juniper Defendants") and Defendant Lisa C. Berry, by and through their respective attorneys of record.

WHEREAS, Lead Plaintiff, the Juniper Defendants and Lisa Berry (the "Parties") have reached an agreement in principle to settle the above-captioned actions contingent upon approval of the Boards of Trustees of the Lead Plaintiff retirement funds;

The Parties hereby stipulate, and request that the Court order, as follows:

1. Lead Plaintiff's forthcoming motion for preliminary approval shall be heard by the Court on March 22, 2010 at 10:00am;

2. The hearing on the Juniper Defendants' motion for judgment on the pleadings, currently scheduled for March 15, 2010 at 9 a.m., is taken off calendar.

Respectfully Submitted,

Dated: February 11, 2010

LOWEY DANNENBERG COHEN & HART, P.C.

/S/
BARBARA J. HART
DAVID C. HARRISON
One North Broadway, 5th Floor
White Plains, NY 10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Counsel for Lead Plaintiff*

WILLEM F. JONCKHEER
SCHUBERT JONCKHEER KOLBE
 & KRALOWEC LLP
Three Embarcadero Center, Suite 1650

{1964/STIP/00100187.DOC v1}STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTION FOR PRELIMINARY APPROVAL AND TAKING OFF CALENDAR THE MOTION FOR JUDGMENT ON THE PLEADINGS– CASE NO. 06-04327-JW (PVT)   -1-

|   |   |
|---|---|
| 1 | San Francisco, CA 94111 |
| 2 | 415-788-4220 (telephone) |
|   | 415-788-0161 (facsimile) |
| 3 | *Local Counsel* |

I, David C. Harrison, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Steven Guggenheim has concurred in this filing, and I have his manual signature on file.

Dated: February 11, 2010

WILSON SONSINI GOODRICH & ROSATI

By: _____/s/_____
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Counsel for the Juniper Defendants*

I, David C. Harrison, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Nancy Harris has concurred in this filing, and I have her manual signature on file.

Dated: February 11, 2010

ORRICK HERRINGTON & SUTCLIFFE LLP

By: _____/s/_____
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

*Counsel for Defendant Lisa C. Berry*

1
2                              * * *

3                            **ORDER**

4
5     PURSUANT TO STIPULATION, IT IS ORDERED.

6  DATED: _____        _____
7                                         James Ware
                                          United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{1964 / STIP / 00100187.DOC v1}STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTION         -3-
FOR PRELIMINARY APPROVAL AND TAKING OFF CALENDAR THE MOTION FOR
JUDGMENT ON THE PLEADINGS– Case No. 06-04327-JW (PVT)