1  BARBARA HART (*pro hac vice*)
   DAVID C. HARRISON (*pro hac vice*)
2  JEANNE D'ESPOSITO (*pro hac vice*)
   LOWEY DANNENBERG COHEN & HART, P.C.
3  One North Broadway, Suite 509
   White Plains, NY 10601-2310
4  Telephone: 914-997-0500
   Facsimile:  914-997-0035
5
   *Lead Counsel for the New York City Pension Funds and the Class*
6
7  WILLEM F. JONCKHEER S.B.N. 178748
   SCHUBERT JONCKHEER KOLBE & KRALOWEC
8  Three Embarcadero Center, Suite 1650
   San Francisco, CA 94111
9  Telephone: 415-788-4220
   Facsimile:  415-778-0160
10 *Local Counsel*
11
   MICHAEL A. CARDOZO
12 Corporation Counsel of the City of New York
   Carolyn Wolpert
13 100 Church Street
   New York, NY 10007
14 Telephone: 212-788-0748
15 *Attorneys for the New York City Pension Funds*

16                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
17                       SAN JOSE DIVISION
18

19                                        | No. C06-04327-JW (PVT)
   IN RE JUNIPER NETWORKS, INC.
20 SECURITIES LITIGATION                  | STIPULATION AND [PROPOSED]
                                          | ORDER RE HEARING ON MOTION
21                                        | FOR PRELIMINARY APPROVAL
                                          | AND TAKING MOTION FOR
22 THE NEW YORK CITY EMPLOYEES'           | JUDGMENT ON THE PLEADINGS
   RETIREMENT SYSTEM, et al.,             | OFF CALENDAR
23
                              Plaintiffs, | No. C08-0246-JW (PVT)
24
                  v.                      | BEFORE:     Hon. James Ware
25
   LISA C. BERRY,
26
                              Defendant
27

28 STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTION FOR PRELIMINARY
   APPROVAL AND TAKING OFF CALENDAR THE MOTION FOR JUDGMENT ON THE
   PLEADINGS– CASE NO. 06-04327-JW (PVT)

   {1964 / STIP / 00100187.DOC v1}

IT IS SO ORDERED
AS MODIFIED

*James Ware*

Judge James Ware

1          This Stipulation is entered into by and among Lead Plaintiff the New York City Pension

2    Funds, defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert

3    M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla,

4    Kenneth Levy, and William R. Stensrud (the "Juniper Defendants") and Defendant Lisa C.

5    Berry, by and through their respective attorneys of record.

6          WHEREAS, Lead Plaintiff, the Juniper Defendants and Lisa Berry (the "Parties") have

7    reached an agreement in principle to settle the above-captioned actions contingent upon approval

8    of the Boards of Trustees of the Lead Plaintiff retirement funds;

9          The Parties hereby stipulate, and request that the Court order, as follows:

10       1.            Lead Plaintiff's forthcoming motion for preliminary approval shall be

11                      heard by the Court on **March 29, 2010 at 10 a.m.**

12       2.             The hearing on the Juniper Defendants' motion for judgment on the

13                      pleadings, currently scheduled for March 15, 2010 at 9 a.m., is taken off

14                      calendar.  **The Motion is deemed withdrawn and the Clerk shall**

15                             **terminate it from the Docket.**

16                         Respectfully Submitted,

17

18   Dated:  February 11, 2010

19                         LOWEY DANNENBERG COHEN & HART, P.C.

20

21                         /S/
                           BARBARA J. HART

22                         DAVID C. HARRISON
                           One North Broadway, 5th Floor

23                         White Plains, NY  10601-2310
                           914-733-7228 (telephone)

24                         914-997-0035 (facsimile)

25                         *Counsel for Lead Plaintiff*

26                         WILLEM F. JONCKHEER
                           SCHUBERT JONCKHEER KOLBE

27                           & KRALOWEC LLP
                           Three Embarcadero Center, Suite 1650

28   {1964/STIP/00100187.DOC v1}STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTION    -1-
     FOR PRELIMINARY APPROVAL AND TAKING OFF CALENDAR THE MOTION FOR
     JUDGMENT ON THE PLEADINGS– CASE NO. 06-04327-JW (PVT)

San Francisco, CA 94111
415-788-4220 (telephone)
415-788-0161 (facsimile)

*Local Counsel*

I, David C. Harrison, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Steven Guggenheim has concurred in this filing, and I have his manual signature on file.

Dated:  February 11, 2010

WILSON SONSINI GOODRICH & ROSATI

By:                       /s/
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Counsel for the Juniper Defendants*

I, David C. Harrison, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Nancy Harris has concurred in this filing, and I have her manual signature on file.

Dated:  February 11, 2010        ORRICK HERRINGTON & SUTCLIFFE LLP

By:                       /s/
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  415-773-5700
Facsimile:   415-773-5759

*Counsel for Defendant Lisa C. Berry*

1

2                                    *        *        *

3                              **ORDER**

4        On or before **March 15, 2010**, the parties shall file their Joint Motion for Preliminary
         Approval of Class Settlement with a Proposed Order and all supporting declarations.

5

6    DATED: _____February 16, 2010_____        _____
                                                James Ware
7                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     {1964 / STIP / 00100187.DOC v1}STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTION        -3-
     FOR PRELIMINARY APPROVAL AND TAKING OFF CALENDAR THE MOTION FOR
     JUDGMENT ON THE PLEADINGS– CASE No. 06-04327-JW (PVT)