LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705),
    peter.wald@lw.com
  David M. Friedman (Bar No. 209214),
    david.friedman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
  Patrick E. Gibbs (Bar No. 183174),
    patrick.gibbs@lw.com
  Andrew M. Farthing (Bar No. 237565),
    andrew.farthing@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Defendant
Ernst & Young LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | CASE NO. 5:06-CV-04327-JW<br><br>DECLARATION OF DAVID M. FRIEDMAN IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITIONS AND TO QUASH SUBPOENAS<br><br>Before: Hon. Patricia V. Trumbull |

I, David M. Friedman, declare as follows:

1. I am an attorney at law, admitted to practice before the Court in the above captioned matter. I am Counsel with the law firm of Latham & Watkins LLP, counsel for Defendant Ernst & Young LLP ("EY"). In that capacity, I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of an email from Plaintiffs' counsel to EY's counsel with a subject "Additional depositions and proposals" received on December 23, 2009.

3. I have been informed that EY witness Robert Browne is suffering from a medical condition that prevents him from appearing at deposition.

4. Shortly after receiving Plaintiffs' Additional depositions and proposals e-mail attached as Exhibit A, I informed Plaintiffs that EY would produce Jeff Fong and Chris Richardson for deposition, and that Robert Browne is unable to sit for a deposition due to a medical condition. I informed Plaintiffs that should Mr. Browne's health improve, we would make him available for his deposition.

5. Attached hereto as Exhibit B is a true and correct copy of an email from Plaintiffs' counsel to EY's counsel and Juniper Defendants' counsel with a subject "Re: Additional depositions and proposals" received on December 28, 2009.

6. In early January 2010, Plaintiffs and Juniper postponed the depositions of Juniper witnesses in light of pending settlement discussions. Plaintiffs did not take three Juniper depositions that they had requested before the amendment of the discovery plan (*i.e.*, Ken Goldman, Luke Fewel, and Robert Calderoni), and they did not take any of the four Juniper depositions they requested pursuant to the December 18, 2009 Order (the 30(b)(6) witness regarding metadata, Robert Calderoni, Steve Morss, and Robert Gergughty).

7. Attached hereto as Exhibit C is a true and correct copy of an email from Juniper's counsel to EY's counsel with a subject "Luke Fewel Postpone" received on January 11, 2010.

8. Attached hereto as Exhibit D is a true and correct copy of an email from Juniper's counsel to EY's counsel with a subject "FW: Ken Levy Deposition" received on January 22, 2010.

9. Attached hereto as Exhibit E is a true and correct copy of an email from Plaintiffs' counsel to EY's counsel with a subject "Cancellation of Deposition" received on February 8, 2010.

10. On February 8, 2010, Counsel for the Juniper defendants informed the Court that a tentative settlement had been reached.

11. Attached hereto as Exhibit F are true and correct copies of excerpts from the transcript of the February 9, 2010 hearing before this Court.

12. Attached hereto as Exhibit G is a true and correct copy of an email from Plaintiffs' counsel to EY's counsel with a subject "Juniper" received on February 11, 2010.

13. Attached hereto as Exhibit H is a true and correct copy of a Notice Of Rule 30(b)(6) Deposition that Plaintiffs served on February 17, 2010.

14. Attached hereto as Exhibit I is a true and correct copy of a second Notice Of Rule 30(b)(6) Deposition that Plaintiffs served on February 17, 2010.

15. Attached hereto as Exhibit J is a true and correct copy of a Notice Of Subpoena To Third Party Emily Mau that Plaintiffs served on February 17, 2010.

16. Attached hereto as Exhibit K is a true and correct copy of a Notice Of Subpoena To Third Party Mike Flint that Plaintiffs served on February 17, 2010.

17. Attached hereto as Exhibit L is a true and correct copy of a Notice Of Subpoena To Third Party Michael S. Clark that Plaintiffs served on February 17, 2010.

18. Attached as Exhibit M is a true and correct copy of an excerpt of Juniper's 10-K for the fiscal year-end December 31, 2006, filed with the SEC on March 9, 2007.

19. Attached as Exhibit N is a true and correct copy of PCAOB Staff Audit Practice Alert No. 1 Regarding Stock Option Grants, issued July 28, 2006.

1       I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.  Executed this 1st day of March, 2010, at San Francisco, California.

                                        LATHAM & WATKINS LLP

                                  By   /s/ David M. Friedman
                                        David M. Friedman
                                        Attorneys for Defendant
                                        Ernst & Young LLP