LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705),
    peter.wald@lw.com
  David M. Friedman (Bar No. 209214),
    david.friedman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
  Patrick E. Gibbs (Bar No. 183174),
    patrick.gibbs@lw.com
  Andrew M. Farthing (Bar No. 237565),
    andrew.farthing@lw.com
140 Scott Drive
Menlo Park, California  94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Defendant
Ernst & Young LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | CASE NO. 5:06-CV-04327-JW<br><br>STIPULATION AND ORDER SHORTENING TIME FOR HEARING, AS MODIFIED BY THE COURT<br><br>Before:  Hon. Patricia V. Trumbull |

1    WHEREAS, Defendant Ernst & Young LLP ("EY") will file a Motion For
2 Protective Order on March 1, 2010;

3    WHEREAS, Plaintiffs have noticed certain depositions throughout March and a
4 decision on the Motion For Protective Order has bearing on whether those depositions will
5 proceed;

6    WHEREAS, in the interests of efficiency for the Court, the parties, and the third
7 parties potentially being deposed, EY and Plaintiffs propose that the Motion For Protective Order
8 be heard on March 9, 2010, and the parties have agreed to an expediting briefing schedule to
9 accomplish this;

10    NOW THEREFORE, the parties hereby stipulate, and request that the Court
11 order, as follows:

12    1.    Any responses to the Motion For Protective Order, whatever those
13 responses may be, shall be filed (and served on all other parties via email) no later than two
14 Pacific time on Friday, March 5, 2010;

15    2.    Any reply in support of the Motion For Protective Order shall be filed by
16 Monday, March 8, 2010; and

17    3.    A hearing on the Motion For Protective Order shall be held on March 9,
18 2009 at 10:00 a.m.

19
IT IS SO STIPULATED.
20

21
Dated: March 1, 2010
22
                                          LATHAM & WATKINS LLP
23

24

25                                        By    /s/ Andrew M. Farthing
                                              Andrew M. Farthing
26                                            Attorneys for Defendant
                                              Ernst & Young LLP
27

28

1  Dated: March 1, 2010

3             LOWEY DANNENBERG COHEN & HART, P.C.

6  By   /s/ David Harrison

7             One North Broadway, 5th Floor
              White Plains, NY 10601-2310
8             914-733-7228 (telephone)
              914-997-0035 (facsimile)
9             Lead Counsel for Lead Plaintiff

10            WILLEM F. JONCKHEER
              SCHUBERT JONCKHEER & KOLBE LLP
11            Two Embarcadero Center, Suite 1650
              San Francisco, CA 94111
12            Telephone: 415-788-4220
              Local Counsel for Lead Plaintiff

14  In accordance with General Order 45.X, I, Andrew Farthing, attest that David Harrison concurs in the filing of this document.

                            *     *     *

17  IT IS SO ORDERED, except that any reply papers shall be e-filed by noon on March 8, 2010.

19  Dated:   3/3/10

                            *Patricia V. Trumbull* (signature)
                            The Honorable Patricia V. Trumbull