UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | Case No.: C 06-4327 JW (PVT)<br><br>**ORDER G**RANTING **D**EFENDANT **E**RNST **& Y**OUNG **LLP'**S **M**OTION FOR **P**ROTECTIVE **O**RDER **W**ITHOUT **P**REJUDICE TO **L**EAD **P**LAINTIFF **M**OVING **F**OR **R**ELIEF **F**ROM THE **D**ISCOVERY **C**UTOFF |

On March 1, 2010, Defendant Ernst & Young LLP ("E&Y") filed a motion for protective order. The court granted a stipulated request to have the matter heard on shortened time. Lead Plaintiff has now opposed the motion and E&Y has filed its reply. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without oral argument. Based on the moving, opposition and reply papers submitted,

IT IS HEREBY ORDERED that Defendant E&Y's motion is GRANTED. Discovery in this case is closed, and Lead Plaintiff has not obtained relief from the discovery cutoff to take the subject depositions. By order dated December 18, 2009, this court granted Lead Plaintiff's prior request for leave to take additional depositions (the "December 18 Order"). However, that order did not extend the discovery cutoff. The deadline for taking the additional depositions was governed by the Stipulation and Order Allowing Depositions to Proceed after the December 1, 2009 Discovery Cutoff, as Modified by the Court (docket no. 474). That stipulation and order effectively set the last day for taking depositions as January 31, 2010, and Lead Plaintiff has not sought any further relief

from the discovery cutoff.

IT IS FURTHER ORDERED that this order is without prejudice to Lead Plaintiff noticing a motion for relief from the discovery cutoff on District Judge Ware's calendar.

Dated: *3/8/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge