UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | Case No.: C 06-4327 JW (PVT)<br><br>**ORDER SOLICITING FURTHER BRIEFING AND TAKING LEAD PLAINTIFF'S MOTION FOR SANCTIONS AGAINST ERNST & YOUNG LLP UNDER SUBMISSION** |

On November 12, 2009, Lead Plaintiff filed a motion for sanctions against Defendant Ernst & Young LLP ("E&Y") in *In Re Juniper Networks, Inc. Securities Litigation*, Case No. C 06-4327 JW.  After the motion was briefed, the court issued an interim order seeking additional briefing for Lead Plaintiff to inform the court what specific documents it would have used in discovery had they been timely produced and for Defendants file a response.  It appears from Defendants' supplemental papers that Lead Plaintiff was not prejudiced by E&Y's belated production of documents.  However, the court finds it appropriate to solicit a further response from Lead Plaintiff in this regard.  Therefore,

IT IS HEREBY ORDERED that, no later than March 16, 2010, Lead Plaintiff shall file a further supplemental brief to respond to the points raised in Defendants' supplemental papers in connection with this motion.

IT IS FURTHER ORDERED that, absent further order of the court, this matter will be deemed submitted on the papers.

Dated:  *3/8/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge