BARBARA HART (*pro hac vice*)
DAVID C. HARRISON (*pro hac vice*)
JEANNE D'ESPOSITO (*pro hac vice*)
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone: 914-997-0500
Facsimile:  914-997-0035

*Lead Counsel for the New York City Pension Funds and the Putative Class*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile:  415-778-0160

*Local Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C 06-04327-JW (PVT) <br><br> **DECLARATION OF DAVID HARRISON IN FURTHER SUPPORT OF MOTION FOR SANCTIONS AGAINST DEFENDANT ERNST & YOUNG LLP** <br><br> DATE:  Upon submission <br> TIME: <br> BEFORE:  Hon. Patricia V. Trumbull |

1

2     I, David Harrison, declare pursuant to 28 U.S.C. § 1746, as follows:

3     1.     I am shareholder of the law firm of Lowey Dannenberg Cohen & Hart, P.C.,

4     counsel of record for Lead Plaintiff The New York City Pension Funds.  I make this Declaration

5     in Further Support of Lead Plaintiff's Motion for Sanctions Against Defendant Ernst & Young

6     ("EY").

7     2.     Attached hereto as Exhibit A is a true and correct copy of a letter from David

8     Friedman, counsel for E&Y, to David Harrison, dated March 11, 2010.

9     3.     .In December 2009, counsel for all parties had several conversations regarding the

10    effect on the Court's Order of December 9, 2009 on the depositions of certain witnesses.

11    Eventually, counsel for all parties agreed to postpone the depositions of several Juniper and EY

12    witnesses for whom the scope of questioning would depend upon the Court's final determination

13    of Defendants' claims of privilege.

14    4.     During the period of November 2009 through January 2010, Lead Plaintiff took

15    the depositions of 10 Juniper witnesses and 5 EY witnesses.

16    I declare under penalty of perjury that the foregoing is true and correct.

17    Executed this 16th day of March, 2010 in White Plains, New York.

18

19                              /s/
                          _____
20                          DAVID HARRISON

21

22

23

24

25

26

27

28