LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705),
     peter.wald@lw.com
   David M. Friedman (Bar No. 209214),
     david.friedman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
   Patrick E. Gibbs (Bar No. 183174),
     patrick.gibbs@lw.com
   Andrew M. Farthing (Bar No. 237565),
     andrew.farthing@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Defendant
Ernst & Young LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS**<br><br>Before: Hon. James Ware |

1  This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds and Defendant Ernst & Young LLP ("EY"), by and through their respective attorneys of record.

WHEREAS, on January 12, 2010, the Court extended the deadline for the exchange of expert reports and the completion of expert discovery;

WHEREAS, since that time Lead Plaintiff has reached a tentative settlement with defendants other than EY; and

WHEREAS, certain fact discovery disputes are still pending and in order to provide time for resolution of those matters and to accommodate the changed circumstances of this action.

IT IS THEREFORE STIPULATED by Lead Plaintiff and the following schedule shall govern expert discovery and the filing of dispositive motions in this action:

| Date | Event |
|---|---|
| April 23, 2010 | Exchange of Expert Reports |
| June 7, 2010 | Exchange of Rebuttal Expert Reports |
| July 7, 2010 | Close of Expert Discovery |
| August 16, 2010 | Deadline for filing dispositive motions and motions to exclude expert testimony |

DATED: March 18, 2010

LOWEY DANNENBERG COHEN & HART, P.C.

/s/ David C. Harrison
BARBARA J. HART
DAVID C. HARRISON
JEANNE D'ESPOSITO
TODD GARBER
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-997-0500 (telephone)
914-997-0035 (facsimile)

*Counsel for Lead Plaintiff*

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS–CASE NO. 06-04327-JW    1

SV\712748.1

|   |   |
|---|---|
|   | WILLEM F. JONCKHEER<br>SCHUBERT JONCKHEER KOLBE<br>  & KRALOWEC LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>415-788-4220 (telephone)<br>415-788-0161 (facsimile)<br><br>*Local Counsel* |
| DATED: March 18, 2010 | LATHAM & WATKINS LLP<br><br>/s/ Andrew M. Farthing<br>_____<br>PETER A. WALD<br>PATRICK E. GIBBS<br>DAVID M. FRIEDMAN<br>ANDREW FARTHING<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone: 415-391-0600<br><br>*Counsel for Defendant Ernst & Young LLP* |

\*   \*   \*

# **O R D E R**

PURSUANT TO STIPULATION, IT IS ORDERED.

DATED: March __24__, 2010     _____
                                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS–CASE NO. 06-04327-JW                                                                                            2

SV\712748.1

## ATTESTATION

I, Andrew Farthing, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS. In compliance with General Order 45.X.B, I hereby attest that David Harrison concurs in this filing.

Dated: March 18, 2010                                              By:   /s/ Andrew M. Farthing