UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 18 mins**

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** April 2, 2010 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-06-04327 JW | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

TITLE

In re Juniper Securities Litigation

**Attorney(s) for Plaintiff(s)**: Barbara Hart, Dustin Schubert
**Attorney(s) for Defendant(s)**: Nina Locker, Steven Guggenheim (Juniper Defts); David Friedman (Ernst & Young, LLP); Nancy Harris (Lisa Berry)

PROCEEDINGS

Plaintiff's Motion for Preliminary Approval of Settlement

ORDER AFTER HEARING

Hearing Held. The Court issued a tentative order to grant the Motion for Preliminary Approval. The Court submitted the matter pending further Order of the Court. The Court set a final approval hearing for August 30, 2010 at 9:00 AM.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: