IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Juniper Networks, Inc. Securities Litigation / | NO. C 06-04327 JW<br><br>**ORDER RE: FURTHER BRIEFING REGARDING PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S RULING** |

Presently before the Court is Lead Plaintiff's Objections to Magistrate Judge Trumbull's Order Granting Ernst & Young LLP's Motion for Protective Order Without Prejudice to Lead Plaintiff Moving for Relief from the Discovery Cutoff and, in the Alternative, its Motion for an Extension of Merits Discovery. (hereafter, "Objection," Docket Item No. 586.)

On March 1, 2010, Magistrate Judge Trumbull granted Defendant Ernst & Young LLP's Motion for Protective Order, noting that "[d]iscovery in this case is closed, and Lead Plaintiff has not obtained relief from the discovery cutoff to take the subject depositions." (See Docket Item No. 572.) Plaintiff contends that the Court should extend discovery so that Plaintiff can complete outstanding discovery and any further discovery that may result from Magistrate Trumbull's rulings on several pending discovery motions. (Objection at 1-2.)

A district court may modify a magistrate judge's ruling on a non-dispositive matter, such as an order to compel discovery, if the order is "clearly erroneous" or "contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Bahn v. NME Hospitals, Inc., 929 F.2d 1404, 1414 (9th Cir. 1991). Pursuant to Civil Local Rule 72-2, the court may not grant a motion objecting to a magistrate

judge's order without first giving the opposing party an opportunity to brief the matter. See Civ. L.R. 72-2.

Here, the Court finds that it would benefit from a response from Defendant Ernst & Young LLP. Accordingly, on or before **April 9, 2010**, Defendant Ernst & Young LLP shall file its Response, if any, to Plaintiff's Objection. On or before **April 14, 2010**, Plaintiff shall file its Reply, if any.

Dated: April 2, 2010

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alex Santana alex.santana@pillsburylaw.com
Alfred Glenn Yates yateslaw@aol.com
Andrew Milton Farthing andrew.farthing@lw.com
Barbara J. Hart bhart@lowey.com
Crystal Mothershead Gaudette cgaudette@wsgr.com
Daniel M Markman Dmarkman@morganlewis.com
David C. Harrison dharrison@ldbs.com
David Michael Friedman david.friedman@lw.com
Deborah A. Rogozinski drogozinski@lowey.com
Dustin Lamm Schubert dschubert@schubertlawfirm.com
Eric Gregory Wallis ewallis@reedsmith.com
Felicia Ann Draper fdraper@sflaw.com
James Neil Kramer jkramer@orrick.com
Jason T. Baker jbaker@audetlaw.com
Jeanne D'Esposito jdesposito@lowey.com
Jennifer Jean Lee jlee@wsgr.com
Jennifer Lloyd Kelly jkelly@fenwick.com
Jon Michaelson jon.michaelson@klgates.com
Jonathan Acker Shapiro jonathan.shapiro@wilmerhale.com
Joni L. Ostler jostler@wsgr.com
Joseph M. Barton joebartonesq@gmail.com
Kirke M. Hasson kirke.hasson@pillsburylaw.com
Lawrence Allen Cox coxla@aporter.com
Mark Cotton Molumphy mmolumphy@cpmlegal.com
Melinda Haag mhaag@orrick.com
Michael M. Goldberg info@glancylaw.com
Michelle Park Chiu mchiu@morganlewis.com
Mozhgan Saniefar msaniefar@orrick.com
Nancy E. Harris nharris@orrick.com
Nina F. Locker nlocker@wsgr.com
Patrice L. Bishop service@ssbla.com
Patrick Edward Gibbs patrick.gibbs@lw.com
Peter Allen Wald peter.wald@lw.com
Peter Arthur Binkow info@glancylaw.com
Rebecca Felice Lubens rlubens@orrick.com
Reed R. Kathrein reed@hbsslaw.com
Richard Bemporad rbemporad@lowey.com
Richard W. Cohen rcohen@lowey.com
Robert C. Schubert rschubert@schubertlawfirm.com
Robert John Nolan robert.nolan@pillsburylaw.com
Steven Guggenheim sguggenheim@wsgr.com
Viviann C Stapp viviann.stapp@lw.com
Willem F. Jonckheer wjonckheer@schubertlawfirm.com
William M. Audet waudet@audetlaw.com
Zesara C. Chan zchan@sflaw.com

United States District Court<br>For the Northern District of California

| | |
|---|---|
| Dated: April 2, 2010 | Richard W. Wieking, Clerk |
| | By:    /s/ JW Chambers<br>       Elizabeth Garcia<br>       Courtroom Deputy |