LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705),
     peter.wald@lw.com
  David M. Friedman (Bar No. 209214),
     david.friedman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
  Patrick E. Gibbs (Bar No. 183174),
     patrick.gibbs@lw.com
  Andrew M. Farthing (Bar No. 237565),
     andrew.farthing@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Defendant
Ernst & Young LLP

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware
4/13/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | CASE NO. 5:06-CV-04327-JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE AND HEARINGS ON CERTAIN MOTIONS<br><br>Before: Hon. James S. Ware |
|---|---|

1    WHEREAS, on March 25, 2010, Lead Plaintiff Filed a Motion for Modification of Discovery Plan to Extend Merits Discovery, and noticed the motion for hearing on May 3, 2010 (Doc. 589);

2    WHEREAS, on April 2, 2010, this Court issued an Order Re Further Briefing Regarding Plaintiff's Objection to Magistrate Judge's Ruling, requiring Defendant Ernst & Young LLP ("EY") to respond to Plaintiff's Objection on or before April 9, 2010 and for Plaintiff to reply on or before April 14, 2010 (Doc. 594);

3    WHEREAS, on April 2, 2010, this Court held a preliminary settlement approval hearing regarding the settlement between Lead Plaintiff, the Juniper Defendants, and defendant Lisa C. Berry, at which the Court issued a tentative order to grant the Motion for Preliminary Approval, and took the matter under submission pending further order of the Court (Doc. 593);

4    WHEREAS, the settlement considered by the Court at the April 2, 2010 hearing did not include a settlement of the remaining claim against EY;

5    WHEREAS, on April 6, 2010, EY and Lead Plaintiff reached an agreement in principle to settle the claim asserted against EY;

6    WHEREAS, counsel for EY and Lead Plaintiff hope to include the settlement of the claim against EY in the same notice and final approval process as the settlement considered by the Court at the April 2, 2010 hearing;

7    WHEREAS, to that end, Lead Plaintiff anticipates filing a motion for preliminary settlement approval on or about **April 23, 2010**

8    WHEREAS, Lead Plaintiff and EY believe it will be most efficient for the parties and the Court to suspend briefing and argument on the pending discovery motions discussed above while the parties focus on presenting the settlement for preliminary approval;

NOW THEREFORE, the parties hereby stipulate, and request that the Court order, as follows:

1. Lead Plaintiff's Motion for Modification of Discovery Plan to Extend Merits Discovery, currently scheduled for hearing on May 3, 2010, is taken off-calendar;

2. Defendant EY need not file a response to Plaintiff's Objection to

1  Magistrate Judge's Ruling on April 9, 2010, and the Objection to Magistrate Judge's Ruling will

2  not be ruled upon unless and until EY submits a response;

3        3.    Lead Plaintiff shall file its motion for preliminary approval of settlement

4  and submit a revised Proposed Order Preliminarily Approving Settlement and Providing for

5  Notice on or about **April 23, 2010.**

6  IT IS SO STIPULATED.

7  Dated: April 7, 2010

8      LATHAM & WATKINS LLP

9      By   /s/ David M. Friedman

10       Peter A. Wald
11       Patrick E. Gibbs
      David M. Friedman
12       Andrew Farthing
      Attorneys for Defendant
13       Ernst & Young LLP

Dated: April 7, 2010

14
15     LOWEY DANNENBERG COHEN & HART, P.C.

16     By  /s/ Barbara J. Hart

17       Barbara J. Hart
      David C. Harrison
18       One North Broadway, 5th Floor
      White Plains, NY 10601-2310
19       914-733-7228 (telephone)
      914-997-0035 (facsimile)
20       Lead Counsel for Lead Plaintiff

21     SCHUBERT JONCKHEER & KOLBE LLP
    Willem F. Jonckheer
22     Two Embarcadero Center, Suite 1650
    San Francisco, CA 94111
23     Telephone: 415-788-4220
    Local Counsel for Lead Plaintiff

24 **IT IS SO ORDERED AS MODIFIED:**

25

26 The Court set the Hearing on Preliminary Approval of Settlement on **May 3, 2010 at 9:00 AM**

27 Dated: April 13, 2010       /s/ James Ware
      The Honorable James Ware

28

## ATTESTATION

I, David M. Friedman, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARINGS ON CERTAIN MOTIONS.  In compliance with General Order 45.X.B, I hereby attest that Barbara J. Hart concurs in this filing.

Dated: April 7, 2010                              By:  __/s/ David M. Friedman_____