UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW (PVT)<br><br>[~~PROPOSED~~] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO LR 7-11 REQUESTING LEAVE FOR LEAD COUNSEL TO APPEAR BY TELEPHONE AT THE MAY 10, 2010 PRELIMINARY APPROVAL HEARING |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al.,<br><br>     Lead Plaintiff,<br><br>  v.<br><br>LISA C. BERRY,<br><br>     Defendant. | No. C08-0246-JW (PVT) |

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAD COUNSEL TO APPEAR BY TELEPHONE AT APPROVAL HEARING – CASE NOS. C06-04327-JW (PVT) AND C08-0246-JW (PVT)

{1964 / ORD / 00101446.DOC v1}

1  GOOD CAUSE APPEARING, Lead Plaintiff's Administrative Motion for its Lead
2  Attorney to Appear by Telephone at the May 10, 2010 Preliminary Approval Hearing is hereby
3  GRANTED.
4  Local Counsel shall appear in person at the Preliminary Approval Hearing.

6  IT IS SO ORDERED.

8  Dated:  May 4, 2010

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAD COUNSEL TO APPEAR BY TELEPHONE AT APPROVAL HEARING – CASE NOS. C06-04327-JW (PVT) AND C08-0246-JW (PVT)

{1964 / ORD / 00101446.DOC v1}