United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Juniper Networks, Inc. Sec. Litig. | NO. C 06-04327 JW |
| | **ORDER REQUIRING THE PARTIES TO FILE AN AMENDED MOTION AND PROPOSED ORDER; CONTINUING HEARING** |

Presently before the Court is Plaintiffs' Unopposed Motion for Order Approving Distribution of Net Settlement Fund.[1] Upon review of the Unopposed Motion, the Court finds that an amended Motion and Proposed Order is necessary. In particular, the Unopposed Motion calls for the Parties to "file a Joint Proposed Order to make a *cy pres* distribution to an appropriate 501(c)(3) charitable organization selected by Lead Plaintiff through its Counsel and agreed to be Defendants." (Unopposed Motion at 7.) In lieu of this, the Court finds that it would be appropriate for the parties to make a Joint Motion for approval by the Court of any *cy pres* distribution to organizations nominated by the parties. In addition, the Court reserves the right to make its own *cy pres* nominations.

Accordingly, the Court ORDERS as follows:

(1) On or before **January 18, 2012**, the parties shall file an amended Unopposed Motion and Proposed Order reflecting the amendment outlined above.

---

[1] (hereafter, "Unopposed Motion," Docket Item No. 626.) The Unopposed Motion is set for a hearing on January 23, 2012.

(2) The Court CONTINUES the hearing on the Motion from January 23, 2012 to **January 30, 2012 at 9 a.m.**

Dated: January 11, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alex Santana alex.santana@ogletreedeakins.com
Alfred Glenn Yates yateslaw@aol.com
Andrew Milton Farthing andrew.farthing@lw.com
Barbara J. Hart bhart@lowey.com
Crystal Mothershead Gaudette cgaudette@wsgr.com
Daniel M Markman Dmarkman@morganlewis.com
David C. Harrison dharrison@ldbs.com
David Michael Friedman david.friedman@lw.com
Deborah A. Rogozinski drogozinski@lowey.com
Dustin Lamm Schubert dschubert@schubertlawfirm.com
Eric Gregory Wallis ewallis@reedsmith.com
Felicia Ann Draper fdraper@sflaw.com
James Neil Kramer jkramer@orrick.com
Jason T. Baker jbaker@audetlaw.com
Jeanne D'Esposito jdesposito@lowey.com
Jennifer Jean Lee jlee@wsgr.com
Jennifer Lloyd Kelly jkelly@fenwick.com
Jon Michaelson jon.michaelson@klgates.com
Jonathan Acker Shapiro jonathan.shapiro@wilmerhale.com
Joni L. Ostler jostler@wsgr.com
Joseph M. Barton jbarton@glancylaw.com
Kirke M. Hasson kirke.hasson@pillsburylaw.com
Lawrence Allen Cox coxla@aporter.com
Mark C. Gardy mgardy@gardylaw.com
Mark Cotton Molumphy mmolumphy@cpmlegal.com
Melinda Haag melinda.haag@usdoj.gov
Michael M. Goldberg info@glancylaw.com
Michelle Park Chiu mchiu@morganlewis.com
Mozhgan Saniefar msaniefar@orrick.com
Nancy E. Harris nharris@orrick.com
Nina F. Locker nlocker@wsgr.com
Patrice L. Bishop service@ssbla.com
Patrick Edward Gibbs patrick.gibbs@lw.com
Peter Allen Wald peter.wald@lw.com
Peter Arthur Binkow info@glancylaw.com
Rebecca Felice Lubens rlubens@orrick.com
Reed R. Kathrein reed@hbsslaw.com
Reginald Von Terrell reggiet2@aol.com
Richard Bemporad rbemporad@lowey.com
Richard W. Cohen rcohen@lowey.com
Robert C. Schubert rschubert@schubertlawfirm.com
Robert John Nolan robert.nolan@pillsburylaw.com
Steven Guggenheim sguggenheim@wsgr.com
Viviann C Stapp viviann.stapp@lw.com

Willem F. Jonckheer wjonckheer@schubertlawfirm.com
William M. Audet waudet@audetlaw.com
Zesara C. Chan zchan@sflaw.com

**Dated: January 11, 2012**                                **Richard W. Wieking, Clerk**

                                        **By:    /s/ JW Chambers**
                                              **Susan Imbriani**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California